AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Warren Freedenfeld Associates, Inc.
as successor in interest to Warren
Freedenfeld & Associates, Inc.

V.

Michael P. McTigue, DVM individually and as Trustee
of The McTigue Family Trust, Nancy A. McTigue,
as Trustee of the McTigue Family Trust, Brian
C. Hurley, DVM, Gardner Animal Care Center, LLC
d/b/a Gardner Animal Hospital, Edward D. Cormier,
Associates, Inc., and Bennett Building Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11573 RGS

TO: (Name and address of Defendant)

Gardner Animal Care Center, LLC
d/b/a Gardner Animal Hospital
73 Easton St.
Gardner, MA   01440

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry S. Scheer, Esq.
Parker Scheer, LLP
One Constitution Center
Boston, MA   02129

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    JUL 27 2005

CLERK                                DATE

(By) DEPUTY CLERK