AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Warren Freedenfeld Associates, Inc.
as successor in interest to Warren Freedenfeld
& Associates, Inc.

V.

Michael P. McTigue, DVM individually and as trustee of the McTigue Family Trust, Nancy A. McTigue, as trustee of the McTigue Family Trust, Brian C. Hurley, DVM, Gardner Animal Care Center, LLC d/b/a Gardner Animal Hospital, Edward D. Cormier, Associates, Inc., Bennett Building Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11573 RGS

TO: (Name and address of Defendant)

Bennett Building Corporation
42 Main Street
Leominster, MA   01453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry S. Scheer, Esq.
Parker Scheer, LLP
One Constitution Center
Boston, MA   02129

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                                                                     08/17/2005

I hereby certify and return that on 08/17/2005 at 09:45am I served a true and attested copy of the Summons and Complaint for Copyright Infringement, and Unfair Competition, Exhibits A-J in this action in the following manner: To wit, by delivering in hand to JULIE AMELL, agent, person in charge at the time of service for BENNETT BUILDING CORPORATION at 42 MAIN ST, LEOMINSTER, MA. Fees: Service 30.00, Travel 3.84, Conveyance 3.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $42.84

Deputy Sheriff Gregory A Carr

*Greg Carr*

Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          Date                                        Signature of Server

                                                              _____
                                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.