AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Warren Freedenfeld Associates, Inc.
as successor in interest to Warren Freedenfeld
& Associates, Inc.

V.

Michael P. McTigue, DVM individually and as
Trustee of the McTigue Family Trust,
Nancy A. McTigue, as trustee of the McTigue
Family Trust, Brian C. Hurley, DVM,
Gardner Animal Hospital, Edward D. Cormier,
Associates Inc., and Bennett Building Corporation

**SUMMONS IN A CIVIL CASE**

## 05  11573 RGS

CASE NUMBER:

TO: (Name and address of Defendant)

Edward D. Cormier Associates, Inc.
113 Cedar Street, Suite S4
Milford, MA   01757

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry S. Scheer, Esq.
Parker Scheer, LLP
One Constitution Center
Boston, MA   02129

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                          JUL 2  2005

CLERK                                                      DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

DATE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

08/10/2005

I hereby certify and return that on 04/18/2005 at 01:00pm I served a true and attested copy of the Summons and Complaint for Copyright Infringement and Unfair Competition, Exhibits in this action in the following manner: To wit, by delivering in hand to ED CORMIER, agent, person in charge at the time of service for EDWARD P. CORMIER ASSOCIATES, INC. at 112 CEDAR ST #B4, MILFORD, MA. Fees: Service 30.00, Travel 16.40, Conveyance 4.50, Actual 5.00 & Postage and Handling 1.00, Total fees: $57.40

Deputy Sheriff Lynn A Trudel

_Lynn A Trudel_

**Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.