AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Warren Freedenfeld Associates, Inc.
as successor in interest to Warren Freedenfeld
& Associates, Inc.

V.

Michael P. McTigue, DVM individually and as
trustee of the McTigue Family Trust, Nancy
A. McTigue, as trustee of the McTigue Family
Trust, Brian C. Hurley, DVM, Gardner Animal
Care Center, LLC d/b/a Gardner Animal Hospital, Edward
D. Cormier, Associates, Inc., and Bennett Building Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11573 RGS

TO: (Name and address of Defendant)

Brian C. Hurley, DVM
7 Prouty Lane
Rutland, MA   01543

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry S. Scheer, Esq.
Parker Scheer, LLP
One Constitution Center
Boston, MA   02129

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

JUL 27 2005

CLERK _____   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

08/01/2005

I hereby certify and return that on 08/01/2005 at 05:15pm I served a true and attested copy of the Summons, Complaint for Copyright Infringement, and Unfair Competition, Exhibits A through J in this action in the following manner: To wit, by delivering in hand to BRIAN C. HURLEY, DVM at 1 PROUTY LN, RUTLAND, MA. Fees: Service 30.00, Travel 11.50, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $52.00

Deputy Sheriff Robert J Hoppe

_____
**Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                          Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.