AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Warren Freedenfeld Associates, Inc.
as successor in interest to Warren Freedenfeld
& Associates, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Michael P. McTigue, DVM individually and as trustee of the McTigue Family Trust, Nancy A. McTigue, as trustee of the McTigue Family Trust, Brian C. Hurley, DVM, Gardner Animal Care Center, LLC d/b/a Gardner Animal Hospital, Edward D. Cormier, Associates, Inc., and Bennett Building Corporation

CASE NUMBER: **05  11573 RGS**

TO: (Name and address of Defendant)

Nancy A. McTigue
2 Squire Road
Ashburnham, MA    01430

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry S. Scheer, Esq.
Parker Scheer, LLP
One Constitution Center
Boston, MA    02129

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  JUL 27 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

08/09/2005

I hereby certify and return that on 08/08/2005 at 03:50pm I served a true and attested copy of the Summons and Complaint for Copyright Infringement, and Unfair Competition, Exhibits A-J in this action in the following manner: To wit, by leaving at the last and usual place of abode of NANCY A MCTIGUE at 2 SQUIRE RD, ASHBURNHAM, MA and by mailing first class mail to the above address on 08/09/2005. Fees: Service 20.00, Travel 3.84, Conveyance 3.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $39.84

Deputy Sheriff Thomas P Starr

*Thomas Starr*

**Deputy Sheriff**

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.