IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 17  A 10: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES INC., as successor to WARREN FREEDENFELD & ASSOCIATES, INC.  Plaintiff<br><br>v.<br><br>MICHAEL P. MCTIGUE, D.V.M., Individually and as Trustee of the MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, D.V.M., GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER ASSOCIATES, INC., and BENNETT BUILDING CORPORATION  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>NO:05-11573-RGS |

## ENTRY OF APPEARANCE

Kindly enter our appearance as attorneys for defendant Bennett Building

Corporation in the above matter.

BENNETT BUILDING CORPORATION
By its attorneys

Robert D. City, BBO No. 084360
Michael J. Dissette, BBO No. 546856
CITY, HAYES & DISSETTE, P.C.
50 Congress Street
Boston, MA 02109
(617) 523-3050

Dated: October 17, 2005

2

## CERTIFICATE OF SERVICE

I, Michael J. Dissette, hereby certify that I have served a copy of the foregoing Entry of Appearance by first class mail, postage prepaid, on all counsel of record on this 17th day of October, 2005.

Michael J. Dissette

S:\MJD\Pleadings\Bennett Entry of Appearance 10 17 05.doc