IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 17  A 10: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES INC., as successor to WARREN FREEDENFELD & ASSOCIATES, INC.<br>Plaintiff<br><br>v.<br><br>MICHAEL P. MCTIGUE, D.V.M., Individually and as Trustee of the MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, D.V.M., GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER ASSOCIATES, INC., and BENNETT BUILDING CORPORATION<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO:05-11573-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT BENNETT BUILDING CORPORATION'S CORPORATE
DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to local rule 7.3(A), defendant, Bennett Building Corporation ("Bennett Building"), hereby states that Bennett Building is a privately held corporation, it has no parent corporation and no publicly held company owns 10% or more of its stock.

BENNETT BUILDING CORPORATION
By its attorneys,

_____
Robert D. City, BBO No. 084360
Michael J. Dissette, BBO No. 546856
CITY, HAYES & DISSETTE, P.C.
50 Congress Street
Boston, MA 02109
(617) 523-3050

Dated: October 17, 2005

2

## CERTIFICATE OF SERVICE

I, Michael J. Dissette, hereby certify that I have served a copy of the foregoing Defendant Bennett Building Corporation's Corporate Disclosure Statement Pursuant to Local Rule 7.3(A) by first class mail, postage prepaid, on all counsel of record on this 17th day of October, 2005.

_____
Michael J. Dissette

S:\MJD\Pleadings\Bennett Corporate Disclosure Statement 10 17 05.doc