IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 17  A 10: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES INC., as successor to WARREN FREEDENFELD & ASSOCIATES, INC.<br>    Plaintiff<br><br>v.<br><br>MICHAEL P. MCTIGUE, D.V.M., Individually and as Trustee of the MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, D.V.M., GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER ASSOCIATES, INC., and BENNETT BUILDING CORPORATION<br>    Defendants | CIVIL ACTION<br>NO:05-11573-RGS |

### MOTION OF DEFENDANT BENNETT BUILDING CORPORATION
### TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)

Now comes the defendant, Bennett Building Corporation and joins in the motions to dismiss the plaintiff's action, in its entirety, pursuant to F.R.C.P. 12(b)(6) which are being filed by the defendant, Michael P. McTigue, Nancy A. McTigue, Brian C. Hurley, and Gardner Animal Care Center, LLC, d/b/a Gardner Animal Hospital, and defendant Edward D. Cormier Associates, Inc.

Defendant, Bennett Building Corporation joins in these two motions and adopts the reasons justifying dismissal and arguments contained therein.

2

Wherefore, defendant, Bennett Building Corporation, prays that the motions to dismiss be granted and that the plaintiff's action be dismissed in its entirety.

                          BENNETT BUILDING CORPORATION
                          By its attorneys,

                          Robert D. City, BBO No. 084360
                          Michael J. Dissette, BBO No. 546856
                          CITY, HAYES & DISSETTE, P.C.
                          50 Congress Street
                          Boston, MA 02109
                          (617) 523-3050

Dated: October 17, 2005

### CERTIFICATE OF SERVICE

I, Michael J. Dissette, hereby certify that I have served a copy of the foregoing Motion of Defendant Bennett Building Corporation to Dismiss Pursuant to F.R.C.P. 12(b)(6) by first class mail, postage prepaid, on all counsel of record on this 17th day of October, 2005.

                          Michael J. Dissette

S:\MJD\Pleadings\Bennett Motion to Dismiss Complaint 10 17 05.doc