UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WARREN FREEDENFELD**

    **V.**                                      **CIVIL ACTION NO. 05-11573-RGS**

**A. NANCY MC TIGUE, ET AL**

# NOTICE OF HEARING ON MOTIONS

**STEARNS, DJ.**                                  **NOVEMBER 21, 2005**

    A HEARING ON MOTIONS TO DISMISS IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

    **THURSDAY, FEBRUARY 9, 2006 AT 3:00 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                                    **RICHARD G. STEARNS**
                                                    **UNITED STATES DISTRICT JUDGE**

    **BY:**

                                                  /s/  Mary H. Johnson
                                                      Deputy Clerk