IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES ) <br> INC., as successor to WARREN ) <br> FREEDENFELD & ASSOCIATES, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MICHAEL P. MCTIGUE, D.V.M., ) <br> Individually and as Trustee of the ) <br> MCTIGUE FAMILY TRUST, NANCY ) <br> A. MCTIGUE, as Trustee of the MCTIGUE ) <br> FAMILY TRUST, BRIAN C. HURLEY, ) <br> D.V.M., GARDNER ANIMAL CARE ) <br> CENTER, LLC d/b/a GARDNER ANIMAL ) <br> HOSPITAL, EDWARD D. CORMIER ) <br> ASSOCIATES, INC. and BENNETT ) <br> BUILDING CORPORATION ) <br> ) <br> Defendants ) | FILED <br> CLERKS OFFICE <br> 2005 NOV 16  P 2: 12 <br> U.S. DISTRICT COURT <br> DISTRICT OF MASS. <br> <br> CIVIL ACTION NO:05-11573-RGS |

### EMERGENCY MOTION TO FILE REPY BRIEF

Now come the Defendants Michael P. McTigue, Nancy A. McTigue, Brian C. Hurley and Gardner Animal Care Center, LLC d/b/a Gardner Animal Hospital ("the Moving Defendants") and move for leave of Court to file a Reply Brief to the Plaintiff's Opposition to the Motion to Dismiss.

As noted in the attached proposed Reply brief, this reply is necessary, as the Plaintiff has misstated in its Opposition the legal obligations imposed upon the Plaintiff, and has otherwise misstated the state of the case law on this vital point.

The enclosed reply brief simply corrects the legal record.

As noted in the attached Certificate of Compliance, the Moving Defendants requested an assent to this motion based upon the misleading nature of the Opposition. The Plaintiff's counsel replied by asking the Moving Defendants to do his legal research for him. Because the Plaintiff will not correct the error, it is imperative that the Moving Defendants do so.

Respectfully Submitted,
**The Moving Defendants**
By their attorneys,

Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Dated: November 14, 2005