UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. <br> as successor in interest to WARREN FREEDENFELD <br> & ASSOCIATES, INC., <br> Plaintiff, <br><br> v. <br><br> MICHAEL P. MCTIGUE, DVM individually and as <br> Trustee of THE MCTIGUE FAMILY TRUST, <br> NANCY A. MCTIGUE, as Trustee of the <br> MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, <br> GARDNER ANIMAL CARE CENTER, LLC <br> d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. <br> CORMIER, ASSOCIATES INC., and BENNETT <br> BUILDING CORPORATION, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |



**PLAINTIFF'S EMERGENCY MOTION TO FILE RESPONSE TO THE
DEFENDANTS' REPLY BRIEF**

The plaintiff, Warren Freedenfeld Associates, Inc., as successor in interest to

Warren Freedenfeld & Associates, Inc. (collectively, "Freedenfeld") hereby moves for

leave of Court to file a response to the Reply Brief of the defendants, Michael P.

McTigue, Nancy A. McTigue, Brian C. Hurley, and Gardner Animal Care Center d/b/a

Gardner Animal Hospital (collectively, the "Hospital Defendants") to plaintiff's

opposition to their Motion to Dismiss.

As noted in the attached propose response memorandum, this response is

necessary, as the Hospital Defendants have gingerly attempted to avoid the discovery rule

in copyright infringement cases by suggesting that an architect seeking to enforce his

copyright against a former client has an affirmative duty to go to the project site or the

local planning board to investigate whether the project was being built with his copyrighted plans. There is no authority for the Hospital Defendants' position. Indeed, case law makes clear that, as in other copyright infringement cases, examination of the facts of each particular case determines when the plaintiff should reasonably have discovered the infringing activity. The enclosed response memorandum simply corrects the record on this issue.

LOCAL RULE 7.1 CERTIFICATION

I, Garrett J. Lee, Esq., counsel for the plaintiff, hereby certify that on November 23, 2005, I conferred with opposing counsel in a good faith effort to narrow the issues of disagreement between the parties with respect to this motion.

Respectfully submitted,

WARREN FREEDENFELD & ASSOCIATES, INC.

By its attorneys,

_____
Barry S. Scheer
BBO No. 445100
Garrett J. Lee
BBO No. 641876
PARKER | SCHEER, LLP
One Constitution Center
Boston, MA  02129
Tel.: 617-886-0500
Fax: 617-886-0100
Email: bss@parkerscheer.com
       gjl@parkerscheer.com

Dated: November 23, 2005

CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 23rd day of November, 2005 a true copy of the following was served on all counsel record:

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE MOTION OF THE DEFENDANTS, MICHAEL P. MCTIGUE, NANCY A. MCTIGUE, BRIAN C. HURLEY, AND GARDNER ANIMAL CARE CENTER D/B/A GARDNER ANIMAL HOSPITAL, TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

By first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

_____
Garrett J. Lee