UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTES

CIVIL ACTION NO.05 11753 RGS

|  |  |
|---|---|
| WARREN FREEDENFELD ASSOCIATES,INC. As successor to WARREN FREEDENELD & ASSOCIATES, INC., <br>  Plaintiff, <br> v. <br> MICHEAL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNET BUILDING CORPERATION, <br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance on behalf of the above-named Plaintiff, Warren Freedenfeld Associates, Inc. as successor to Warren Freedenfeld & Associates, Inc. Barry S. Scheer of this firm will remain as lead counsel.

Respectfully submitted,

/s/ Garrett J. Lee
Garrett J. Lee BBO# 641876
PARKER│SCHEER LLP
One Constitution Center
Boston, MA  02129
(617) 886-0500

CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 8th day of December, 2005 a true copy of the following was served on all counsel record:

**Notice of Appearance**

By first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

                                                  /s/ Garrett J. Lee
                                                  Garrett J. Lee