IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES INC., as successor to WARREN FREEDENFELD & ASSOCIATES, INC.<br>    Plaintiff<br><br>v.<br><br>MICHAEL P. MCTIGUE, D.V.M., Individually and as Trustee of the MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, D.V.M., GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER ASSOCIATES, INC., and BENNETT BUILDING CORPORATION<br>    Defendants | CIVIL ACTION<br>NO:05-11573-RGS |

## ANSWER OF DEFENDANT BENNETT BUILDING CORPORATION TO PLAINTIFF'S COMPLAINT

1.   To the extent that this averment contains statements of fact, they are denied.

2.   Admitted upon information and belief.

3.   Admitted upon information and belief.

4.   Defendant Bennett Building Corporation (hereinafter "Bennett") is without knowledge or information sufficient to form a belief as to the truth of this averment.

5.   Bennett is without knowledge or information sufficient to form a belief as to the truth of this averment.

6.   Bennett is without knowledge or information sufficient to form a belief as to the truth of this averment.

7.   Admitted upon information and belief.

8. Admitted.

9. Denied.

10. Denied.

11. Bennett is without knowledge or information sufficient to form a belief as to the truth of this averment.

12. Bennett is without knowledge or information sufficient to form a belief as to the truth of this averment.

13. It is admitted upon information and belief that Freedenfeld performed some architectural services and prepared certain schematic drawings for the Hospital. Bennett is without knowledge or information sufficient to form a belief as to the truth of the balance of these averments.

14. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

15. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

16. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

17. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

18. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

19. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

3

20. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

21. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

22. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

23. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

24. Bennett denies the characterization of the Termination Agreement, as it appears at Exhibit H, that the "parties specifically agreed that the Hospital would not use the Architectural Work." Bennett is without knowledge or information sufficient to form a belief as to the truth of the balance of these averments.

25. Denied upon information and belief.

26. Admitted as to Bennett; admitted upon information and belief as to Cormier.

27. Denied.

28. Denied.

29. Bennett admits that in late 1999, the City of Gardner Building Inspector issued a Building Permit for the Project to McTigue. The balance of the averments are denied.

30. Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

4

31.    Bennett is without knowledge or information sufficient to form a belief as to the truth of these averments.

32.    Bennett denies all averments directed to Bennett. Bennett is without knowledge or information sufficient to form a belief as to the truth of the balance of the averments.

## Count I

33.    Bennett incorporates herein by reference as if fully set forth its answers to paragraphs 1 through 32 above.

34.    Bennett is without knowledge or information sufficient to form a belief as to the truth of this averments.

35.    Denied.

36.    Denied.

37.    Denied.

38.    Denied.

39.    Denied.

40.    Denied.

## Counts II and III

41. through 53. - The averments of these paragraphs in Counts II and III are not directed to Bennett and, therefore, no answer is required.

## Count IV

54.    Bennett incorporates herein by reference its answers to paragraphs 1 through 53 above.

5

55.  Bennett is without knowledge or information sufficient to form a belief as to the truth of this averment.

56.  Denied.

57.  Denied.

58.  Denied.

59.  Denied.

60.  Denied.

61.  Denied.

## Count V

62.  Bennett incorporates herein by reference as if fully set forth its answers to paragraphs 1 through 61 above.

63.  Denied.

64.  Denied.

## Count VI

65.  Bennett incorporates herein by reference as if fully set forth in its answers to paragraphs 1 through 64 above.

66.  Denied.

67.  Denied.

## First Affirmative Defense

Plaintiff's Complaint, and each of its Counts, fails to state the claim on which relief can be granted.

6

### Second Affirmative Defense

Plaintiff's claims should be dismissed as they were not brought within the applicable statute of limitations.

### Third Affirmative Defense

Plaintiff has released each of the claims alleged in the Complaint.

### Fourth Affirmative Defense

Plaintiff has waived each of the claims alleged in the Complaint.

### Fifth Affirmative Defense

By its actions and inactions, plaintiff is estopped from bringing each of the claims alleged in the Complaint.

WHEREFORE, Bennett prays this honorable Court dismiss the plaintiff's Complaint and award to Bennett its full costs in defending this action, including its reasonable attorney's fees pursuant to 17 U.S.C. § 505.

BENNETT BUILDING CORPORATION
By its attorneys,


s/Michael J. Dissette/
Robert D. City, BBO No. 084360
Michael J. Dissette, BBO No. 546856
CITY, HAYES & DISSETTE, P.C.
50 Congress Street
Boston, MA 02109
(617) 523-3050

Dated: February 15, 2006

7

## CERTIFICATE OF SERVICE

    I, Michael J. Dissette, hereby certify that I have served a copy of the foregoing Answer of Defendant Bennett Building Corporation to Plaintiff's Complaint by first class mail, postage prepaid, on all counsel of record on this 15th day of February, 2006.

                              s/Michael J. Dissette/
                              Michael J. Dissette

S:\MJD\Pleadings\Bennett Answer to Complaint 02 15 06.wpd