**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **WARREN FREEDENFELD ASSOCIATES, INC.**, as successor in interest to Warren Freedenfeld & Associates, Inc., **Plaintiff** <br><br> v. <br><br> **MICHAEL P. MCTIGUE, DVM**, individually and as Trustee of the McTigue Family Trust, **NANCY A. MCTIGUE**, as Trustee of the McTigue Family Trust, **BRIAN C. HURLEY, DVM**, **GARDNER ANIMAL CARE CENTER, LLC** d/b/a Gardner Animal Hospital, **EDWARD D. CORMIER ASSOCIATES, INC.**, and **BENNETT BUILDING CORPORATION**, **Defendants** | **CIVIL ACTION NO.:** <br><br> **05 11573 RGS** |

**DEFENDANTS' PROPOSED DISCOVERY SCHEDULE**
_____

In accordance with the Court's February 9, 2006 order, the defendants jointly propose the following discovery schedule. The proposal is based on the fact that, following the Court's ruling on the defendants' motions to dismiss, the plaintiff's only remaining cause of action in this case is the plaintiff's claim for violation of the Lanham Act, pled in Count VI of the complaint. At this time, the defendants do not perceive of a need for particularly extensive discovery on this one remaining count. According, the defendants propose the following discovery schedule:

1. All interrogatories and requests for production of documents served on or before April 1, 2006.

2. All depositions and any other discovery concluded by October 1, 2006, subject to the following reservation. Should the plaintiff's discovery responses indicate a need

      to conduct depositions of out of state witnesses, the defendants shall request and the Court shall grant additional time to conclude such depositions if further time to do so is needed.

3.     Motions for summary judgment shall be filed on or before December 1, 2006, with oppositions and replies, if any are allowed by the Court, filed as per the applicable local and federal rules.

4.     Further events, including any trial date, to be scheduled thereafter.

                            Respectfully submitted,
                            by the Defendants:

| **Edward D. Cormier Associates, Inc.** | **Bennett Building Corporation,** |
| --- | --- |
| by its attorneys, | by its attorneys |
| /s/ *Stephen D. Rosenberg* | /s/ *Michael J. Dissette* |
| Stephen D. Rosenberg | Michael J. Dissette |
| **THE MCCORMACK FIRM, LLC** | Robert D. City |
| One International Place - 7th Floor | **City, Hayes & Dissette, P.C.** |
| Boston, MA    02110 | 50 Congress Street |
| Ph:    617•951•2929 | Boston, MA    02109 |
| Fax:    617•951•2672 | |

**Michael P. McTigue, DVM**
**Nancy A. McTigue**
**Brian C. Hurley, DVM**
**Gardner Animal Hospital**
by their attorneys

| /s/ *Robert N. Meltzer* | /s/ *Mary C. Casey* |
| --- | --- |
| Robert N. Meltzer | Mary C. Casey |
| P.O. Box 1459 | **Harbor Law Group** |
| Framingham, MA    01701 | 385 South Street |
| | Shrewsbury, MA   01545 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing *Defendants' Proposed Discovery Schedule* upon all counsel of record, via electronic transmittal, to:

Barry S. Scheer, Esq.
**Parker Sheer, LLP**
One Constitution Center
Boston, MA    02129

Robert D. City, Esq.
Michael J. Dissette, Esq.
**City, Hayes & Dissette, PC**
50 Congress Street
Boston, MA    02109

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA   01701

Mary C. Casey, Esq.
**Harbor Law Group**
385 South Street
Shrewsbury, MA    01545

**DATED** this 1st day of March, 2006.

/s/ *Stephen D. Rosenberg*
_____
Stephen D. Rosenberg

82187.1