UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WARREN FREEDENFELD ASSOCIATES, INC.**

       **V.**                            **CIVILACTION NO. 05-11573-RGS**

**MICHAEL P. MC TIGUE, DVM, ET AL**

## DISCOVERY ORDER

**STEARNS, DJ.**                                               **MARCH 3, 2006**

ON FEBRUARY 9, 2006, COUNSEL IN THE ABOVE-CAPTIONED ACTION WERE DIRECTED TO FILE WITH THE COURT, EITHER JOINTLY OR SEPARATELY, A PROPOSED DISCOVERY SCHEDULE FOR THE COURT TO ADOPT. PLAINTIFF HAS NOT RESPONDED TO THE COURT'S ORDER, THEREFORE THE PROPOSED SUBMISSION SUBMITTED BY DEFENDANTS WILL BE ADOPTED AS THE "DISCOVERY SCHEDULE" IN THE ABOVE CASE AS FOLLOWS:

    1. All interrogatories and requests for production of documents shall be served on or before APRIL 1, 2006;
    2. All depositions and any other discovery shall be completed by OCTOBER 1, 2006;
    3. Motions for Summary Judgment shall be filed by DECEMBER 1, 2006 with oppositions due 14 days thereafter, unless enlarged by the Court.

    SO ORDERED.

                                                                      RICHARD G. STEARNS
                                                                      UNITED STATES DISTRICT JUDGE

                BY:

                                 /s/ Mary H. Johnson
                                    Deputy Clerk