UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

WARREN FREEDENFELD ASSOCIATES, INC. )
as successor in interest to WARREN FREEDENFELD )
& ASSOCIATES, INC., )
    Plaintiff, )
)
v. )
)
MICHAEL P. MCTIGUE, DVM individually and as )
Trustee of THE MCTIGUE FAMILY TRUST, )
NANCY A. MCTIGUE, as Trustee of the )
MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, )
GARDNER ANIMAL CARE CENTER, LLC )
d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. )
CORMIER, ASSOCIATES INC., and BENNETT )
BUILDING CORPORATION, )
    Defendants. )

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc., hereby appeals to the United States Court of Appeals for the First Circuit from the Order granting the defendants' motions to dismiss the copyright infringement claims on the basis of the statute of limitations entered on the docket in this action on February 13, 2006.

                                                    Respectfully submitted,

                                                    WARREN FREEDENFELD &
                                                    ASSOCIATES, INC.

                                                    By its attorneys,

                                                    /s/ Garrett J. Lee_____
                                                    Barry S. Scheer
                                                    BBO No. 445100
                                                    Garrett J. Lee
                                                    BBO No. 641876
                                                    PARKER | SCHEER, LLP
                                                    One Constitution Center
Dated: March 10, 2006                  Boston, MA  02129
                                                    Tel.: 617-886-0500
                                                    Fax: 617-886-0100
                                                    Email: bss@parkerscheer.com
                                                                  gjl@parkerscheer.com

## CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 10th day of March, 2006 a true copy of the following was served on all counsel record:

**NOTICE OF APPEAL**

By first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

/s/ Garrett J. Lee_____
Garrett J. Lee