UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

WARREN FREEDENFELD ASSOCIATES, INC. )
as successor in interest to WARREN FREEDENFELD )
& ASSOCIATES, INC., )
    Plaintiff, )
)
v. )
)
MICHAEL P. MCTIGUE, DVM individually and as )
Trustee of THE MCTIGUE FAMILY TRUST, )
NANCY A. MCTIGUE, as Trustee of the )
MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, )
GARDNER ANIMAL CARE CENTER, LLC )
d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. )
CORMIER, ASSOCIATES INC., and BENNETT )
BUILDING CORPORATION, )
    Defendants. )

**PLAINTIFF'S ANSWER TO THE COUNTERCLAIM OF THE DEFENDANT
EDWARD D. CORMIER ASSOCIATES, INC.**

The plaintiff, Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc.("Freedenfeld"), hereby responds to the Counterclaim of the defendant, Edward D. Cormier Associates, Inc. as follows:

**COUNT I- Breach of Contract**

1. Freedenfeld states that the allegations contained in this paragraph call for a legal conclusion. To the extent that a response is required, the plaintiff states that document speaks for itself.

2. Denied.

3. Denied.

4.  Denied.

WHEREFORE, Freedenfeld demands that Counterclaim be dismissed and that judgment be entered in the plaintiff's favor together with costs and attorneys' fees and such other relief as the court deems appropriate.

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrine of estoppel and/or waiver.

### THIRD AFFIRMATIVE DEFENSE

The Counterclaim barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

The Counterclaim is barred because the defendant lacks standing.

### FIFTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the applicable statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

The defendant failed to mitigate his damages, if any.

### SEVENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrine of laches.

### EIGHTH AFFIRMATIVE DEFENSE JURY DEMAND

The Counterclaim is barred because the defendant is not a third party beneficiary of the Contract referenced in the Counterclaim.

                                            Respectfully submitted,

                                            WARREN FREEDENFELD & ASSOCIATES, INC.

                                            By its attorneys,

                                            /s/ Garrett J. Lee
                                            Barry S. Scheer
                                            BBO No. 445100
                                            Garrett J. Lee
                                            BBO No. 641876
                                            PARKER | SCHEER, LLP
                                            One Constitution Center
Dated: March 15, 2006                 Boston, MA  02129
                                            Tel.: 617-886-0500
                                            Fax: 617-886-0100
                                            Email: bss@parkerscheer.com
                                                            gjl@parkerscheer.com

<u>CERTIFICATE OF SERVICE</u>

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 15th day of March, 2006 a true copy of the following was served on all counsel record:

**PLAINTIFF'S ANSWER TO THE COUNTERCLAIM OF THE DEFENDANT EDWARD D. CORMIER ASSOCIATES, INC.**

By first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

                                                /s/ Garrett J. Lee
                                                Garrett J. Lee