UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11573

Warren Freedenfeld Associated, Inc., et al

v.

Michael P. McTigue, DVM

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-30

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/10/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 4, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __4/5/06__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, TRADE

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11573-RGS

Warren Freedenfeld Associates, Inc. v. McTigue et al
Assigned to: Judge Richard G. Stearns
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 07/26/2005
Jury Demand: Defendant
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**Warren Freedenfeld Associates, Inc.**
*as successor in interest to Warren Freedenfeld & Associates, Inc.*

represented by **Barry S. Scheer**
Parker Scheer LLP
One Constitution Center
Boston, MA 02129
617-886-0500
Fax: 617-886-0100
Email: bss@parkerscheer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett J. Lee**
Parker Scheer, LLP
One Constitution Center
Boston, MA 02129
617-886-0500
Fax: 617-886-0100
Email: gjl@parkerscheer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Michael McTigue**
*individually and as Trustee of the McTigue Family Trust*

represented by **Mary C. Casey**
The Harbor Law Group
385 South St.
Shrewsbury, MA 01545
US

508-842-9244
Fax: 508-842-9311
Email: casey@harborlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Meltzer**
Attorney at Law
P.O. Box 1459
Framingham, MA 01701
508-872-7116
Fax: 508-647-0332
Email: robmeltzer@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nancy A. McTigue**
*as Trustee of the McTigue Family Trust*

represented by **Mary C. Casey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Meltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian C. Hurley**

represented by **Mary C. Casey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Meltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gardner Animal Care Center, LLC**
*doing business as*
Gardner Animal Hospital

represented by **Mary C. Casey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                     **Robert N. Meltzer**
                     (See above for address)
                     *LEAD ATTORNEY*
                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Edward D. Cormier**         represented by   **Stephen D. Rosenberg**
                     The McCormack Firm, LLC
                     One International Place
                     7th Floor
                     Boston, MA 02110-0140
                     617-951-2929
                     Fax: 617-951-2672
                     Email:
                     srosenberg@mccormackfirm.com
                     *LEAD ATTORNEY*
                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Associates, Inc.**

**Defendant**

**Bennett Building Corporation**    represented by   **Michael J. Dissette**
                     City, Hayes & Dissette, PC
                     50 Congress Street
                     Suite 200
                     Boston, MA 02109
                     617-523-3050
                     Fax: 617-523-5612
                     Email: mdissette@city-hayes.com

                     *LEAD ATTORNEY*
                     *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Edward D. Cormier**

V.

**Counter Defendant**

**Warren Freedenfeld Associates,**    represented by   **Garrett J. Lee**
**Inc.**                                   (See above for address)

*as successor in interest to Warren Freedenfeld & Associates, Inc.*                    ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2005 | 1 | COMPLAINT against Associates, Inc., Bennett Building Corporation, McTigue, Nancy McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC, Edward D. Cormier Filing fee: $ 250, receipt number 65893, filed by Warren Freedenfeld Associates, Inc..(Exhibit C not able to scan - map) (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10) (Flaherty, Elaine) (Entered: 08/01/2005) |
| 07/26/2005 |  | Summons Issued as to Associates, Inc., Bennett Building Corporation, McTigue, Nancy McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC, Edward D. Cormier. (Flaherty, Elaine) (Entered: 08/01/2005) |
| 07/27/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Flaherty, Elaine) (Entered: 08/01/2005) |
| 08/30/2005 | 2 | SUMMONS Returned Executed Gardner Animal Care Center, LLC served on 8/8/2005, answer due 8/29/2005. (Flaherty, Elaine) (Entered: 08/30/2005) |
| 08/30/2005 | 3 | SUMMONS Returned Executed Bennett Building Corporation served on 8/17/2005, answer due 9/6/2005. (Flaherty, Elaine) (Entered: 08/30/2005) |
| 08/30/2005 | 4 | SUMMONS Returned Executed Edward D. Cormier served on 8/10/2005, answer due 8/30/2005. (Flaherty, Elaine) (Entered: 08/30/2005) |
| 08/30/2005 | 5 | SUMMONS Returned Executed Brian C. Hurley served on 8/9/2005, answer due 8/29/2005. (Flaherty, Elaine) (Entered: 08/30/2005) |
| 08/30/2005 | 6 | SUMMONS Returned Executed McTigue served on 8/9/2005, answer due 8/29/2005. (Flaherty, Elaine) (Entered: 08/30/2005) |
| 09/01/2005 | 7 | SUMMONS Returned Executed Nancy McTigue served on 8/9/2005, answer due 8/29/2005. (Flaherty, Elaine) (Entered: 09/01/2005) |

| | | |
|---|---|---|
| 10/17/2005 | 8 | MOTION to Dismiss *plaintiff's complaint pursuant to Rule 12(b)(6)* by Edward D. Cormier. (Attachments: # 1)(Rosenberg, Stephen) (Entered: 10/17/2005) |
| 10/17/2005 | 9 | NOTICE of Appearance by Michael J. Dissette on behalf of Bennett Building Corporation, filed. (Flaherty, Elaine) (Entered: 10/24/2005) |
| 10/17/2005 | 10 | CORPORATE DISCLOSURE STATEMENT by Bennett Building Corporation, filed. (Flaherty, Elaine) (Entered: 10/24/2005) |
| 10/17/2005 | 11 | MOTION to Dismiss by Bennett Building Corporation, filed. (Flaherty, Elaine) (Entered: 10/24/2005) |
| 10/17/2005 | 12 | MOTION to Dismiss by Michael P. McTigue, Nancy McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC., filed(Flaherty, Elaine) (Entered: 10/24/2005) |
| 10/28/2005 | 13 | MEMORANDUM in Opposition re 8 MOTION to Dismiss *plaintiff's complaint pursuant to Rule 12(b)(6)* filed by Warren Freedenfeld Associates, Inc., filed. (Flaherty, Elaine) (Entered: 11/02/2005) |
| 11/03/2005 | 14 | MEMORANDUM in Opposition re 12 MOTION to Dismiss filed by Warren Freedenfeld Associates, Inc. filed. (Flaherty, Elaine) (Entered: 11/07/2005) |
| 11/03/2005 | 15 | MEMORANDUM in Opposition re 11 MOTION to Dismiss filed by Warren Freedenfeld Associates, Inc., filed. (Attachments: # 1)(Flaherty, Elaine) (Entered: 11/07/2005) |
| 11/16/2005 | 18 | MOTION for Leave to File reply brief by Michael P. McTigue, Nancy McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC, filed.(Flaherty, Elaine) (Entered: 11/22/2005) |
| 11/17/2005 | 17 | CORPORATE DISCLOSURE STATEMENT by Warren Freedenfeld Associates, Inc., filed. (Flaherty, Elaine) (Entered: 11/22/2005) |
| 11/21/2005 | 16 | NOTICE of Hearing on Motion 11 MOTION to Dismiss, 12 MOTION to Dismiss, 8 MOTION to Dismiss *plaintiff's complaint pursuant to Rule 12(b)(6)*: Motion Hearing set for 2/9/2006 03:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 11/21/2005) |
| 11/22/2005 | | Judge Richard G. Stearns : Electronic ORDER entered |

| | | |
|---|---|---|
| | | granting 18 Motion for Leave to File (Flaherty, Elaine) (Entered: 11/22/2005) |
| 11/25/2005 | 19 | Emergency MOTION for Leave to File response to defendants' reply brief by Warren Freedenfeld Associates, Inc..(Flaherty, Elaine) Additional attachment(s) added on 11/30/2005 (Flaherty, Elaine). (Entered: 11/30/2005) |
| 11/30/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 19 Motion for Leave to File (Flaherty, Elaine) (Entered: 11/30/2005) |
| 11/30/2005 | | Notice of correction to docket made by Court staff. Correction: #19 corrected because: wrong image attached (Flaherty, Elaine) (Entered: 11/30/2005) |
| 12/02/2005 | 20 | First MEMORANDUM in Support re 12 MOTION to Dismiss *Response to Reply Brief* filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Lee, Garrett) (Entered: 12/02/2005) |
| 12/08/2005 | 21 | NOTICE of Appearance by Garrett J. Lee on behalf of Warren Freedenfeld Associates, Inc. (Lee, Garrett) (Entered: 12/08/2005) |
| 02/02/2006 | 22 | Reply of Defendants to the plaintiff's opposition to their motion to dismiss the lawsuit brought by the plaintiff, filed. (originally allowed to be filed in November, 2005) (Entered: 02/02/2006) |
| 02/09/2006 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 2/9/2006 re 11 MOTION to Dismiss filed by Bennett Building Corporation,, 12 MOTION to Dismiss filed by Nancy McTigue,, Brian C. Hurley,, Gardner Animal Care Center, LLC,, Michael P. McTigue,, 8 MOTION to Dismiss *plaintiff's complaint pursuant to Rule 12(b)(6)* filed by Edward D. Cormier,. Atty. Scheer present for the pltf. Attys. Meltzer, Casey, Rosenberg and Dissette present for the defendants. After hearing, the Court ALLOWS the motions to dismiss insofar as they pertain to the copyright claims on the statute of limitations. Otherwise, the motions to dismiss are DENIED. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/9/2006 (Johnson, Mary). (Entered: 02/09/2006) |
| 02/09/2006 | | Electronic NOTICE to counsel: "counsel shall file, either |

|  |  |  |
|---|---|---|
|  |  | jointly or separately, a proposed Discovery Schedule for the Court's approval, ON OR BEFORE MARCH 1, 2006. So Ordered." (Johnson, Mary) Modified on 2/9/2006 (Johnson, Mary). (Entered: 02/09/2006) |
| 02/13/2006 |  | Judge Richard G. Stearns : ORDER entered granting in part and denying in part 8 Motion to Dismiss, granting in part and denying in part 11 Motion to Dismiss, and granting in part and denying in part 12 Motion to Dismiss. Consistent with the Court's ruling at the February 9, 2006 hearing, the Copyright Infringement claims are barred by the applicable statute of limitations. (Hamilton, Maria Raia) (Entered: 02/13/2006) |
| 02/15/2006 | 23 | ANSWER to Complaint by Bennett Building Corporation. (Dissette, Michael) (Entered: 02/15/2006) |
| 02/17/2006 | 24 | ANSWER to Complaint with Jury Demand by Michael P. McTigue, DVM, Nancy A. McTigue, Brian C. Hurley, DVM, Gardner Animal Care Center, LLC.(Meltzer, Robert) (Entered: 02/17/2006) |
| 02/23/2006 | 25 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Warren Freedenfeld Associates, Inc. by Edward D. Cormier.(Rosenberg, Stephen) (Entered: 02/23/2006) |
| 03/01/2006 | 26 | Defendant's Proposed discovery schedule *by All Defendants*. (Rosenberg, Stephen) Modified on 3/2/2006 (Flaherty, Elaine). (Entered: 03/01/2006) |
| 03/02/2006 |  | Notice of correction to docket made by Court staff. Correction: 26 corrected because: entitled wrong (Flaherty, Elaine) (Entered: 03/02/2006) |
| 03/03/2006 | 27 | Judge Richard G. Stearns : DISCOVERY ORDER entered. "all interrogatories and requests for production of documents shall be served by April 1, 2006; all depositions and any other discovery shall be completed by October 1, 2006; summary judgment motions shall be filed by December 1, 2006 with oppositions due 14 days thereafter unless enlarged by the Court. SO ORDERED." (Johnson, Mary) Modified on 3/3/2006 (Johnson, Mary). (Entered: 03/03/2006) |
| 03/10/2006 | 28 | NOTICE OF APPEAL as to Order on Motion to Dismiss,,,,, by Warren Freedenfeld Associates, Inc.. $ 255 (check sent to Intake cashier for receipt) NOTICE TO COUNSEL: A |

| | | |
|---|---|---|
| | | Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/30/2006. (Flaherty, Elaine) (Entered: 03/10/2006) |
| 03/13/2006 | | Filing fee: $ 255., receipt number 70997 for 28 Notice of Appeal, (Flaherty, Elaine) (Entered: 03/21/2006) |
| 03/15/2006 | 29 | *Warren Freedenfeld Associates, Inc.* ANSWER to Counterclaim *of Edward D. Cormier Associates, Inc.* by Warren Freedenfeld Associates, Inc..(Lee, Garrett) (Entered: 03/15/2006) |
| 03/20/2006 | 30 | TRANSCRIPT ORDER FORM *Motion to Dismiss Hearing* by Warren Freedenfeld Associates, Inc. for proceedings held on 02/09/2006 before Judge Stearns.. (Lee, Garrett) (Entered: 03/20/2006) |