UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

|  |  |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC., <br> Plaintiff, <br><br> v. <br><br> MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION, <br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO DISMISS ALL REMAINING CLAIMS AND COUNTERCLAIMS WITHOUT PREDJUDICE TO PERMIT APPEAL OF THE COURT'S DISMISSAL OF COPYRIGHT INFRINGEMENT COUNTS

Pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff, Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc. (collectively, "Freedenfeld"), moves for the dismissal of all claims and counterclaims in the action without prejudice to permit the plaintiff to appeal the Court's February 13, 2006 Order dismissing the copyright infringement claims. The motion should be allowed because it would serve the interests of judicial economy if the appeal of the copyright infringement counts could be heard before the parties engage in substantial discovery and/or preparation for trial on the remaining claims. Significantly, the plaintiff plans on appealing the earlier dismissal of the copyright counts no matter the outcome of a

decision on remaining claims. Further, the dismissal of the remaining claims and

counterclaims will not prejudice any party. In further support of this motion, Freedenfeld

relies on the arguments set forth in the attached Memorandum of Law.

## REQUEST FOR ORAL ARGUMENT

The plaintiff hereby requests that the Court hear oral arguments on this motion.

## LOCAL RULE 7.1 CERTIFICATION

I, Garrett J. Lee, counsel for the plaintiff, Warren Freedenfeld Associates, Inc., as
successor in interest to Warren Freedenfeld & Associates, Inc. hereby certify that I have
attempted in good faith to narrow the issues of disagreement between the parties relative
to this motion.

WARREN FREEDENFELD &
ASSOCIATES, INC.

By its attorneys,

/s/ Garrett J. Lee
Barry S. Scheer
BBO No. 445100
Garrett J. Lee
BBO No. 641876
PARKER | SCHEER, LLP
One Constitution Center
Dated: May 2, 2006        Boston, MA  02129
Tel.: 617-886-0500
Fax: 617-886-0100
Email: bss@parkerscheer.com
gjl@parkerscheer.com

CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 2nd day of May, 2006 a true copy of the following was served on all counsel record:

By first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

/s/ Garrett J. Lee
Garrett J. Lee