UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

|   |   |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC., <br> Plaintiff, <br><br> v. <br><br> MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES

The plaintiff, Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc. (collectively, "Freedenfeld"), hereby moves to extend the discovery deadlines in this case for a period of thirty days following the Court's ruling on its Motion to Dismiss (currently pending). Significantly, if the Court allows the Plaintiff's Motion to Dismiss, the case in the District Court would be effectively terminated while the appeal is pending. Accordingly, it would serve both the interest of judicial economy and the interest of the parties if the Court could first render a decision on the Motion to Dismiss. This way the parties would know where they stand relative to the status of appeal prior to engaging in substantial discovery in the form of the production and review of what is expected to be thousands of pages of documents and

the taking of numerous party and expert depositions. Indeed, the nature of the discovery may very well change if Freedenfeld's copyright infringement claims or later reinstated on appeal. In further support of this motion, Freedenfeld relies on the arguments set forth in the attached Memorandum.

WHEREFORE, for the foregoing reasons, the plaintiff requests, that this Court extend the discovery deadlines for a thirty day period following its ruling on the Plaintiff's Motion to Dismiss which is currently pending.

## LOCAL RULE 7.1 CERTIFICATION

I, Garrett J. Lee, Counsel for the plaintiff hereby certify that I have attempted in good faith to narrow the issues of disagreement between the parties relative to this motion.

Respectfully submitted,

WARREN FREEDENFELD & ASSOCIATES, INC.

By its attorneys,

/s/ Garrett J. Lee
Barry S. Scheer
BBO No. 445100
Garrett J. Lee
BBO No. 641876
PARKER | SCHEER, LLP
One Constitution Center
Boston, MA  02129
Tel.: 617-886-0500
Fax: 617-886-0100
Email: bss@parkerscheer.com
         gjl@parkerscheer.com

Dated: May 10, 2006

2

CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 10th, day of May, 2006 a true copy of the following was served on all counsel record:

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES**

By first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

/s/ Garrett J. Lee