UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES INC., as successor to WARREN FREEDENFELD & ASSOCIATES, INC.     Plaintiff<br><br>v.<br><br>MICHAEL P. MCTIGUE, D.V.M., Individually and as Trustee of the MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, D.V.M., GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER ASSOCIATES, INC., and BENNETT BUILDING CORPORATION     Defendants | CIVIL ACTION<br>NO:05-11573-RGS |

### OPPOSITION OF DEFENDANT BENNETT BUILDING CORPORATION TO PLAINTIFF'S MOTION TO DISMISS ALL REMAINING CLAIMS AND COUNTERCLAIMS, WITHOUT PREJUDICE, TO PERMIT APPEAL OF THE COURT'S DISMISSAL OF COPYRIGHT INFRINGEMENT COUNTS

Now comes the defendant, Bennett Building Corporation ("Bennett"), and opposes the plaintiff's motion to dismiss all remaining claims and counterclaims without prejudice in order to permit plaintiff to appeal this Court's prior dismissal of the copyright infringement counts. As grounds for this opposition, Bennett joins in and incorporates by reference the oppositions filed by defendant Edward B. Cormier Associates, Inc. and defendants Michael P. McTigue, Nancy A. McTigue, Brian C. Hurley, and Gardner Animal Care Center, LLC d/b/a Gardner Animal Hospital.

Although the oppositions filed by the other defendants as they relate to existing or planned counterclaims does not pertain to Bennett, Bennett will nonetheless be prejudiced in a similar manner if plaintiff's motion to dismiss is granted. That prejudice

2

involves the delay in final resolution of all claims against Bennett and thus the delay in Bennett being able to seek reimbursement of its costs and attorneys fees incurred in defending this action pursuant to 17 U.S.C., § 505.

As pointed out by defendant Cormier in its opposition, Bennett has not moved, and does not now move, for separate and final judgment on the dismissal of the copyrighting infringement claims with the requisite findings of the Court under F.R.C.P. 54(b). The granting of such a motion would be inappropriate for the same reasons that plaintiff's current attempt to voluntarily dismiss with prejudice the remaining claims and counterclaims is inappropriate. The granting of such relief would produce piecemeal litigation in this Court and in the Court of Appeals and would prejudice defendants.

For these reasons and for the reasons stated in the oppositions filed by the other defendants, this Court should deny plaintiff's motion to voluntarily dismiss its Lanham Act claim without prejudice. Plaintiff should be required to conclude this litigation in this Court through final judgment on all claims, and then proceed with a single appeal as is required by the rules of the Court.

Respectfully submitted.

BENNETT BUILDING CORPORATION
By its attorneys,

s/Michael J. Dissette/
Robert D. City, BBO No. 084360
Michael J. Dissette, BBO No. 546856
CITY, HAYES & DISSETTE, P.C.
50 Congress Street
Boston, MA 02109
(617) 523-3050

Dated: May 11, 2006

3

## CERTIFICATE OF SERVICE

      I, Michael J. Dissette, hereby certify that I have served a copy of the foregoing Opposition of Defendant Bennett Building Corporation to Plaintiff's Motion to Dismiss all Remaining Claims and Counterclaims, Without Prejudice, to Permit Appeal of the Court's Dismissal of Copyright Infringement Counts by first class mail, postage prepaid, on all counsel of record on this 11th day of May, 2006.

                                                   s/Michael J. Dissette/
                                                   Michael J. Dissette

S:\MJD\Pleadings\05cv11573RGS Bennett Opp to Mot to Dis all Claims of Copyright.wpd