## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WARREN FREEDENFELD ASSOCIATES, INC.**, as successor in interest to Warren Freedenfeld & Associates, Inc., **Plaintiff** <br><br> v. <br><br> **MICHAEL P. MCTIGUE, DVM**, individually and as Trustee of the McTigue Family Trust, **NANCY A. MCTIGUE**, as Trustee of the McTigue Family Trust, **BRIAN C. HURLEY, DVM,** **GARDNER ANIMAL CARE CENTER, LLC** d/b/a Gardner Animal Hospital, **EDWARD D. CORMIER ASSOCIATES, INC.**, and **BENNETT BUILDING CORPORATION**, **Defendants** | CIVIL ACTION NO. 05-11573 RGS |

### NOTICE OF APPEARANCE OF ERIC L. BRODIE
### AS ADDITIONAL COUNSEL FOR
### DEFENDANT EDWARD D. CORMIER ASSOCIATES, INC.

To the Clerk:

    Please enter the appearance of Eric L. Brodie, as additional counsel for the defendant, Edward D. Cormier Associates, Inc.

    Respectfully submitted,

**Dated:** May 15, 2006      /s/ *Eric L. Brodie*
Eric L. Brodie     [BBO# 639833]
**THE MCCORMACK FIRM, LLC**
One International Place - 7th Floor
Boston, MA   02110
Ph:   617•951•2929
Fax:  617•951•2672

## CERTIFICATE OF SERVICE

  I hereby certify that today, May 15, 2006, I served a copy of the foregoing **NOTICE OF APPEARANCE OF ERIC L. BRODIE AS ADDITIONAL COUNSEL FOR DEFENDANT EDWARD D. CORMIER ASSOCIATES, INC** via the ECF system upon the following attorneys of record, each of whom has been identified as a registered participant on the Notice of Electronic Filing (NEF):

  Barry S. Scheer, Esq.
  Garrett J. Lee, Esq.
  **Parker Scheer, LLP**
  One Constitution Center
  Boston, MA    02129

  Robert D. City, Esq.
  Michael J. Dissette, Esq.
  **City, Hayes & Dissette, PC**
  50 Congress Street
  Boston, MA    02109

  Robert N. Meltzer, Esq.
  P.O. Box 1459
  Framingham, MA   01701

  Mary C. Casey, Esq.
  **Harbor Law Group**
  385 South Street
  Shrewsbury, MA    01545

  Stephen D. Rosenberg, Esq.
  **The McCormack Firm, LLC**
  One International Place, 7th Floor
  Boston, MA  02110

  /s/ *Eric L. Brodie*
  Eric L. Brodie