UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| . | CIVIL ACTION NO. 05 11573 RGS |
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC., <br>    Plaintiff, <br><br> v. <br><br> MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION, <br>    Defendants. |  |

**CERTIFICATE OF COMPLIANCE WITH L.R. 26.2 AND L.R. 7.1(a)(2) IN SUPPORT OF THE MOTION OF DEFENDANT, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, MICHAEL MCTIGUE, NANCY MCTIGUE AND BRIAN HURLEY TO THE PLAINTIFF'S MOTION TO THE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE PLAINTIFF PURSUANT TO F.R.C.P. 37, F.R.C.P. 34 AND F.R.C.P. 26**

I hereby certify that, as the moving party, I initiated a meeting to confer as to the discovery motion filed this day, and that I have made a good faith effort to reach agreement with the opposing party by telephone conference, and that the parties were unable to reach a resolution without court intervention.

s/Robert N. Meltzer_____
Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Dated: June 4, 2006

2

CERTIFICATE OF SERVICE

      I, Robert N. Meltzer, do hereby certify that on this day I have served the foregoing by providing a copy of the same by first class mail, postage prepaid, to:

Barry S. Scheer, Esq.
Parker Scheer, LLP
One Constitution Center
Boston, MA 02129

Stephen D. Rosenberg, Esq.
The McCormack Firm
One International Place
Seventh Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D.City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

                                              s/Robert N. Meltzer

June 4, 2006