UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC., <br> Plaintiff, <br><br> v. <br><br> MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE MOTION OF THE DEFENDANTS, MICHAEL P. MCTIGUE, NANCY A. MCTIGUE, BRIAN C. HURLEY, AND GARDNER ANIMAL CARE CENTER D/B/A GARDNER ANIMAL HOSPITAL, TO COMPEL PRODUCTION OF DOCUMENTS AND REQUEST FOR SANCTIONS**

I, Garrett J. Lee, do hereby swear, depose and state:

1. I am counsel for the plaintiff, Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc.

2. I submit this affidavit in support of the Plaintiff's Memorandum In Opposition to the Motion of the Defendants, Michael P. McTigue, Nancy A. McTigue, Brian C. Hurley, and Gardner Animal Care Center D/B/A Gardner Animal Hospital, To Compel Production of Documents and Request For Sanctions.

3. On June 2, 2006, at approximately 5:00pm, I received a telephone call from counsel for the Hospital Defendants, Robert N. Meltzer. The purpose of the call was to discuss the plaintiff's objections to the Hospital Defendants' First Request for Production of Documents.

4. During the telephone call, attorney Meltzer stated that if the documents requested in the Hospital Defendants' Request No. 2 were not produced, he was going to "ruin" and "bury" Freedenfeld by publishing advertisements in various veterinary publications across the country seeking information about Freedenfeld's involvement is various veterinary projects and "lawsuits." Attorney Meltzer stated that he would make sure that Freedenfeld would "never practice architecture again."

5. During the conversation , Attorney Meltzer further stated that Freedenfeld would "pay" for instituting the instant action against Dr. McTigue. Attorney Meltzer, stated that he was going file at some future date a counterclaim or separate lawsuit for copyright infringement seeking damages of 7,800,000.00. When I asked what grounds his clients had to assert such a counterclaim or separate lawsuit against Freedenfeld, Attorney Meltzer loosely stated that Freedenfeld was "palming off Dr. Michael McTigue" architectural ideas.

6. I then inquired of Attorney Meltzer what facts he had to support this allegation. At this point, I reminded Attorney Meltzer that Dr. McTigue was not an architect and it is undisputed that he did not prepare any sketches or drawings for the subject project. Attorney Meltzer admitted to me that Dr. McTigue never prepared any sketches or drawings for the subject project. Attorney Meltzer then stated that the fact that Dr. McTigue did not prepare any sketches or drawings "does not matter." According

to Attorney Meltzer he was going to force Freedenfeld to "spend some money" defending himself. When I informed Attorney Meltzer that his client had no right to file such a frivolous claim, Attorney Meltzer became extremely agitated and started yelling. When I tried to respond, Attorney Meltzer abruptly hung up the phone (while I was in mid-sentence).

The foregoing are true and accurate statements to the best of my knowledge and belief, sworn to under the pains and penalties of perjury this 13th day of June, 2006.

/s/ Garrett J. Lee_____
Garrett J. Lee

## CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 13th day of June, 2006 a true copy of the following was served on all counsel record:

**AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE MOTION OF THE DEFENDANTS, MICHAEL P. MCTIGUE, NANCY A. MCTIGUE, BRIAN C. HURLEY, AND GARDNER ANIMAL CARE CENTER D/B/A GARDNER ANIMAL HOSPITAL, TO COMPEL PRODUCTION OF DOCUMENTS AND REQUEST FOR SANCTIONS**

By first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

/s/ Garrett J. Lee
Garrett J. Lee

4