**MANDATE**

05-11573
USDC/MA
Stearns, R.

# United States Court of Appeals
## For the First Circuit

---

No. 06-1583

WARREN FREEDENFELD ASSOCIATES, INC.,

Plaintiff, Appellant,

v.

MICHAEL P. MCTIGUE, DVM INDIVIDUALLY AND AS
TRUSTEE OF THE MCTIGUE FAMILY TRUST, ET AL.,

Defendants, Appellees.

---

Before

Selya, Lynch and Howard,
<u>Circuit Judges</u>.

---

JUDGMENT

Entered: June 9, 2006

Because not all claims against all parties have yet been resolved, and because the February 13, 2006 partial order of dismissal is not immediately appealable, this appeal is dismissed for lack of jurisdiction. Plaintiff's motion to stay appellate proceedings is denied.

<u>Dismissed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Kielty*

Deputy Clerk

Date: 6/30/06

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
    Chief Deputy Clerk.

[cc: Messrs: Lee, Scheer, Meltzer, Rosenberg, Brodie, Dissette and Ms. Casey]