THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC.,<br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM

The defendant and plaintiff-in-counterclaim Michael McTigue and plaintiff and defendant-in-counterclaim Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc. ("Freedenfeld"), hereby stipulate that the plaintiff and defendant-in-counterclaim Freedenfeld shall up to and including September 25, 2006 to answer or to otherwise respond to the Counterclaim of Defendant, Michael P. McTigue.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Michael McTigue, | Warren Freedenfeld Associates, Inc. As successor in Interest to Warren Freedenfeld & Associates, Inc. |
| By his attorneys, | |
| s/Robert N. Meltzer | By its attorneys, |
| The Mountain States Law Group | |
| Robert N. Meltzer, BBO #564745 | /s/ Robert A. McCall_____ |
| P.O. Box 1459 | Michael J. Stone, BBO 482060 |
| Framingham, MA 01701 | Robert A. McCall BBO 552682 |
| (508) 872-7116 | Peabody & Arnold LLP |
| | 30 Rowes Wharf |
| s/Mary C. Casey | Boston, MA 02110 |
| Mary C. Casey, BBO #636250 | (617) 951-2100 |
| Harbor Law Group | |
| 385 South Street | |
| Shrewsbury, MA 01545 | |
| (508) 842-9244 | |

## CERTIFICATE OF SERVICE

I, Robert A. McCall, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 24th day of August, 2006 a true copy of the foregoing was served on all counsel record by first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

Barry S. Scheer, Esq.
Garrett J. Lee, Esq.
Parker/Scheer, LLP
One Constitution Center
Boston, MA  02129

/s/ Robert A. McCall_____
Robert A. McCall

PABOS2:RMCCALL:644275_1