THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. <br> as successor in interest to WARREN FREEDENFELD <br> & ASSOCIATES, INC., <br>                             Plaintiff, <br> v. <br> MICHAEL P. MCTIGUE, DVM individually and as <br> Trustee of THE MCTIGUE FAMILY TRUST, <br> NANCY A. MCTIGUE, as Trustee of the <br> MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, <br> GARDNER ANIMAL CARE CENTER, LLC <br> d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. <br> CORMIER, ASSOCIATES INC., and BENNETT <br> BUILDING CORPORATION, <br>                             Defendants. | CIVIL ACTION <br> NO. 05 11573 RGS |

## **NOTICE OF APPEARANCE**

      I, Robert A. McCall, hereby enters his appearances on behalf of the Defendant-in

Counterclaim Warren Freedenfeld Associates, Inc., as successor in interest to Warren

Freedenfeld & Associates, Inc.

                                                      Respectfully submitted,

                                                      /s/ Robert A. McCall
                                                      Robert A. McCall BBO #552682
                                                      Peabody & Arnold LLP
                                                      30 Rowes Wharf
                                                      Boston, MA 02110
                                                      (617) 951-2100

2

## CERTIFICATE OF SERVICE

      I, Robert A. McCall, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 11th day of September, 2006 a true copy of the foregoing was served on all counsel record by first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esquire
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg, Esquire
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esquire
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esquire
Michael J. Dissette, Esquire
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esquire
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

Barry S. Scheer, Esquire
Garrett J. Lee, Esquire
Parker/Scheer, LLP
One Constitution Center
Boston, MA 02129

/s/ Robert A. McCall
Robert A. McCall

645147