THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. ) <br> as successor in interest to WARREN FREEDENFELD ) <br> & ASSOCIATES, INC., ) <br>                       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL P. MCTIGUE, DVM individually and as ) <br> Trustee of THE MCTIGUE FAMILY TRUST, ) <br> NANCY A. MCTIGUE, as Trustee of the ) <br> MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, ) <br> GARDNER ANIMAL CARE CENTER, LLC ) <br> d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. ) <br> CORMIER, ASSOCIATES INC., and BENNETT ) <br> BUILDING CORPORATION, ) <br>                       Defendants. ) | CIVIL ACTION <br> NO. 05 11573 RGS |

## NOTICE OF APPEARANCE

Michael J. Stone hereby enters his appearances on behalf of the Defendant-in Counterclaim Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc.

                                    Respectfully submitted,

                                    Warren Freedenfeld Associates, Inc.
                                    As successor in Interest to Warren
                                    Freedenfeld & Associates, Inc.,
                                    Defendant-in-Counterclaim

                                    By its attorneys,
                                    /s/ Michael J. Stone
                                    Michael J. Stone, BBO #482060
                                    Peabody & Arnold LLP
                                    30 Rowes Wharf
                                    Boston, MA 02110
                                    (617) 951-2100

## CERTIFICATE OF SERVICE

I, Robert A. McCall, attorney for the Defendant in Counterclaim, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 11th day of September, 2006 a true copy of the foregoing was served on all counsel record by first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esquire
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg, Esquire
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esquire
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esquire
Michael J. Dissette, Esquire
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esquire
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

Barry S. Scheer, Esquire
Garrett J. Lee, Esquire
Parker/Scheer, LLP
One Constitution Center
Boston, MA 02129

/s/Michael J. Stone
Michael J. Stone