THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC., <br>                                  Plaintiff, <br><br>v. <br><br>MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION, <br>                                  Defendants. | CIVIL ACTION <br> NO. 05 11573 RGS |

**MOTION OF WARREN FREEDENFELD ASSOCIATES, INC.
FOR SUMMARY JUDGMENT ON THE
<u>COUNTERCLAIM OF DEFENDANT MICHAEL P. MCTIGUE</u>**

     Warren Freedenfeld Associates, Inc., a successor in interest to Warren Freedenfeld & Associates, Inc. ("Freedenfeld"), requests that the Court enter summary judgment dismissing the Counterclaim of Michael P. McTigue. In support hereof, Freedenfeld states that there are no genuine issues of material fact and that it is entitled judgment as a matter of law. Freedenfeld submits herewith the Memorandum of Law in Support of Motion of Warrant Freedenfeld Associates, Inc. for Summary Judgment on the Counterclaim of Defendant Michael P. McTigue, Affidavit of Warren Freedenfeld and Concise Statement of Undisputed Material Facts Pursuant to Local Rule 56.1.

REQUEST FOR HEARING

Freedenfeld requests a hearing on this motion for summary judgment.

                                                  Respectfully submitted,

                                                  Warren Freedenfeld Associates, Inc.
As successor in Interest to Warren
Freedenfeld & Associates, Inc.,
Defendant-in-Counterclaim

By its attorneys,

/s/ Robert A. McCall
Michael J. Stone, BBO #482060
Robert A. McCall BBO #552682
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: October 3, 2006

LOCAL RULE 7.1 CERTIFICATION

The undersigned certifies that on September 28, 2006 he conferred in good faith with counsel for Michael P. McTigue in order to narrow or resolve any dispute raised by this motion.

/s/ Robert A. McCall
Robert A. McCall

645873

**CERTIFICATE OF SERVICE**

      I, Robert A. McCall, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 3rd day of October 2006 a true copy of the foregoing was served on all counsel record by first-class mail postage pre-paid, addressed to:

| | |
|---|---|
| Robert N. Meltzer, Esquire<br>P.O. Box 1459<br>Framingham, MA 01701 | Stephen D. Rosenberg, Esquire<br>The McCormack Firm, LLC<br>One International Place<br>7th Floor<br>Boston, MA 02110 |
| F. Joseph Gentili, Esquire<br>Capobianco & Gentili, PC<br>15 West Central Street<br>Natick, MA 01760 | Robert D. City, Esquire<br>Michael J. Dissette, Esquire<br>City, Hayes & Dissette, PC<br>50 Congress Street<br>Boston, MA 02109 |
| Mary C. Casey, Esquire<br>Harbor Law Group<br>385 South Street<br>Shrewsbury, MA 01545 | Barry S. Scheer, Esquire<br>Garrett J. Lee, Esquire<br>Parker/Scheer, LLP<br>One Constitution Center<br>Boston, MA 02129 |

                /s/ Robert A. McCall
                Robert A. McCall