THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC.,<br>Plaintiff,<br><br>v.<br><br>MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO COMPEL THE DEFENDANT, MICHAEL MCTIGUE, TO PRODUCE THE DOCUMENTS REQUESTED IN PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND TO SUPPLEMENT ANSWERS TO THE PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. 37(a), plaintiff, Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc., hereby moves for an order compelling the defendant Michael P. McTigue, DVM to produce the categories of documents referenced in the plaintiff's First Request for Production of Document and to supplement his answers to the plaintiff's First Set of Interrogatories. The only information that the defendant has provided in this case to date is his name, address, and occupation. This is despite the fact that the discovery requested by the plaintiff both in form of interrogatories and document requests are reasonably calculated to lead to the discovery of admissible evidence since they are narrowly tailored to obtain information

about claims and defenses asserted by the parties in the action. In further support of this motion, the plaintiff submits the attached Memorandum of Law.

WHEREFORE, for the foregoing reasons, the plaintiff's Motion to Compel should be Allowed.

### LOCAL RULE 7.1 CERTIFICATION

I, Garrett J. Lee, Counsel for the plaintiff hereby certify that I have attempted in good faith to narrow the issues of disagreement between the parties relative to this motion.

Respectfully submitted

WARREN FREEDENFELD ASSOCIATES, INC. as successor in Interest to WARREN FREEDENFELD & ASSOCIATES, INC.,

By its attorneys,

/s/ Garrett J. Lee
Barry S. Scheer, BBO # 445100
Garrett J. Lee, BBO # 641876
PARKER | SCHEER LLP
One Constitution Center
Boston, MA 02129
(617) 886-0500
Email: bss@parkerscheer.com
gjl@parkerscheer.com

Dated: October 3, 2006

2

## CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 3rd day of October, 2006 a true copy of the following was served on all counsel record:

**MOTION TO COMPEL THE DEFENDANT, MICHAEL MCTIGUE, TO PRODUCE THE DOCUMENTS REQUESTED IN PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND TO SUPPLEMENT ANSWERS TO THE PLAINTIFF'S FIRST SET OF INTERROGATORIES**

By first-class mail postage pre-paid, addressed to:

Michael J. Stone,
Robert A. McCall
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109
Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

/s/ Garrett J. Lee
Garrett J. Lee