DISTRICT OF MASSACHUSETTS

.                                             CIVIL ACTION NO. 05 11573 RGS

|  |  |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC., Plaintiff, v. MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**EMERGENCY MOTION OF DEFENDANTS MICHAEL MCTIGUE, NANCY A. MCTIGUE, AS TRUSTEE OF THE MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM AND GARDNER ANIMAL CARE CENTER, LLC D/B/A/ GARDNER ANIMAL HOSPITAL FOR RELIEF FROM ELECTRONIC FILING REQUIREMENTS AS TO EXHIBIT 2 OF THEIR MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56(c)**

Now come the Defendants Michael P. McTigue, Nancy A. McTigue, Brian C. Hurley and Gardner Animal Care Center, LLC d/b/a Gardner Animal Hospital ("the Moving Defendants") and request leave to file Exhibit 2 to their Motion for Summary Judgment with the Court in paper form, as opposed to electronic format.

As grounds for this request, the Moving Defendants note that there has been some form of technical glitch with regard to Exhibit 2, which consists of approximately forty pages of interrogatory answers. It appears that the formatting, together with the signature

and other such matters, in conjunction with spam filters and firewalls and other arcane technical matters, has created a circumstance in which downloading the document would require in excess of 4 hours, and could not be filed with the Motion for Summary Judgment on October 20.

No prejudice will result to any party or to the Court calendar, as the Plaintiff has the original documents and will not be impacted in drafting an opposition, if any, to the motion. The filing is part of the record of summary judgment for the Court, and will be filed by hand upon allowance of this emergency motion.

WHEREAS, Exhibit 2 is a key document which apparently has confounded the electronic filing requirements, the Moving Defendants respectfully request leave to provide the Court with a paper copy of the document in lieu of electronic submission.

        Respectfully Submitted,
        The Moving Defendants,
        By their attorney,

        s/Robert N. Meltzer_____
        The Mountain States Law Group
        Robert N. Meltzer, BBO #564745
        P.O. Box 1459
        Framingham, MA 01701
        Phone: (508) 872-7116

Dated: October 23, 2006

CERTIFICATE OF SERVICE

      I, Robert N. Meltzer, do hereby certify that on this day I have served the foregoing by providing a copy of the same by first class mail, postage prepaid, to:

Barry S. Scheer, Esq.
Parker Scheer, LLP
One Constitution Center
Boston, MA 02129

Stephen D. Rosenberg, Esq.
The McCormack Firm
One International Place
Seventh Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Robert A. McCall, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

                                              s/Robert N. Meltzer_____

October 23, 2006