
THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC., <br> Plaintiff, <br><br> v. <br><br> MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFF'S CONCISE STATEMENT IN OPPOSITION TO THE MOTION OF THE DEFENDANTS MICHAEL MCTIGUE, NANCY MCTIGUE AS TRUSTEE OF THE MCTIGUE FAMILY TRUST, BRIAN HURLEY, DVM AND GARDNER ANIMAL CARE CENTER,LLC D/B/A GARDNER ANIMAL HOSPITAL FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56(c)**

Pursuant to Local Rule 56.1, The plaintiff, Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc (collectively, "Freedenfeld"), submits the following concise statement in support of its Opposition to the Motion of the Defendants Michael McTigue, Nancy McTigue as Trustee Of the McTigue Family Trust, Brian Hurley, DVM and Gardner Animal Care Center, LLC d/b/a Gardner Animal Hospital for Summary Judgment Pursuant To F.R.C.P. 56(c).

1.  In March of 1998, Michael McTigue on behalf of the Hospital Defendants engaged Freedenfeld to perform architectural services in connection with the design of a new veterinary facility in Gardner, Massachusetts. See Answer to Interrogatory No. 1 adopting by reference paragraphs 1-67 of the Complaint, attached to opposition as **Ex. A**.

2.  In connection with the Project, Freedenfeld prepared several original architectural works for the Hospital. The original architectural works are identified as any and all drawings, plans, or other architectural work that Freedenfeld prepared in connection with the Project, including, but not limited to, all schematic design progress drawings, partial construction drawings, reduced scale plans that were submitted to the City of Gardner or any of its agencies, including the Planning Board and the Zoning Board of Appeals, and those drawings identified as A1.1, A2.1, A.4.1, A4.2, and A5.1. ( collectively, "Architectural Works") . Each of the Reduced Scale Plans contained the logo in large bold type **"Warren Freedenfeld & Associates, Inc."** See Answer to Interrogatory No. 1 adopting by reference paragraphs 1-67 of the Complaint, attached to opposition as **Ex. A**.

3.  All the Architectural Works were created solely by Freedenfeld. See Answer to Interrogatory No. 1 adopting by reference paragraphs 1-67 of the Complaint, attached to opposition as **Ex. A**.

4.  In August of 1999, Freedenfeld applied to the Register of Copyrights for a Certificate of Registration for the Architectural Works, and properly filed an application deposit and fee with the U.S. Copyright Office. A copyright was granted to Freedenfeld as evidenced by Certificate VAU 656-367. See Answer to Interrogatory No. 1 adopting by reference paragraphs 1-67 of the Complaint, attached to opposition as **Ex. A**.

5.  On September 2, 1999, Freedenfeld and McTigue on behalf of the Hospital Defendants entered into a Termination and Mutual Release Agreement (the "Termination Agreement"). The Termination agreement did not alter in any way Freedenfeld's exclusive ownership rights in the Architectural Works. See Answer to Interrogatory No. 1 adopting by reference paragraphs 1-67 of the Complaint, attached to opposition as **Ex. A**.

6.  In November of 2004, the Hospital Defendants caused the Architectural Works to be published in a national trade publication, *Veterinary Economics*, without Freedenfeld's knowledge or permission and without any attribution to Freedenfeld. See Answer to Interrogatory No. 1 adopting by reference paragraphs 1-67 of the Complaint, attached to opposition as **Ex. A**.

7.  The harm to Freedenfeld is set forth in the plaintiff's Answers to Interrogatories. See Answer to Interrogatory No. 6, attached to opposition as **Ex. A**.

                                          Respectfully submitted,

                                          WARREN FREEDENFELD ASSOCIATES, INC. as successor in Interest to WARREN FREEDENFELD & ASSOCIATES, INC.,

                                          By its attorneys,

                                          /s/ Garrett J. Lee
                                          Barry S. Scheer, BBO # 445100
                                          Garrett J. Lee, BBO # 641876
                                          PARKER | SCHEER LLP
                                          One Constitution Center
                                          Boston, MA  02129
                                          (617) 886-0500
                                          Email: bss@parkerscheer.com
                                                     gjl@parkerscheer.com

Dated: November 2, 2006

## CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 2nd day of November, 2006 a true copy of the following was served on all counsel record:

By first-class mail postage pre-paid, addressed to:

Michael J. Stone,
Robert A. McCall
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109
Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

/s/ Garrett J. Lee
Garrett J. Lee