THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC., as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC., ) ) ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | CIVIL ACTION |
| ) | NO. 05 11573 RGS |
| MICHAEL P. MCTIGUE, DVM individually and As Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION, ) ) ) ) ) ) ) ) ) ) |  |
| Defendants. ) |  |

**JOINT MOTION TO STAY DISCOVERY ON
<u>COUNTERCLAIM OF MICHAEL P. MCTIGUE</u>**

The plaintiff-in-counterclaim Michael P. McTigue ("McTigue") and the defendant-in-counterclaim Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc. ("Freedenfeld") hereby jointly move that the Court stay discovery on the Counterclaim of Michael P. McTigue [docket entry #53]("Counterclaim"). The parties jointly request that the discovery on the Counterclaim be stayed pending decision on Freedenfeld's Motion for Summary Judgment on the Counterclaim [docket entry #59]. In support hereof, the parties state as follows:

     1.     On or about August 15, McTigue filed the Counterclaim [docket entry #53] against Freedenfeld.

     2.     On or about September 29, 2006, Freedenfeld filed its Answer to the Counterclaim [docket entry #58].

     3.     On or about October 3, Freedenfeld filed the Motion for Summary Judgment [docket entry #59].

     4.     McTigue has filed a timely Opposition to the Motion for Summary Judgment [docket entry #66].

     5.     The Court has scheduled a hearing on the Motion for Summary Judgment for February 8, 2007.

     6.     Although the parties disagree as to the merits of the Motion for Summary Judgment, the parties agree that the Court's ruling on the motion could potentially save both the parties and the Court from unnecessary discovery and related proceedings.

     7.     The parties further propose to complete any outstanding discovery within one hundred (120) days of the Court's ruling on the pending Motion for Summary Judgment.

     8.     As the Counterclaim was filed in August of this year, a stay will not result in an undue delay in the disposition of this action.

WHEREFORE, the plaintiff-in-counterclaim Michael P. McTigue and the defendant-in-counterclaim Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc., hereby jointly move that the Court stay

discovery on the Counterclaim of Michael P. McTigue [docket entry #53].

        Respectfully submitted,

        Warren Freedenfeld Associates, Inc.
        As successor in Interest to Warren
        Freedenfeld & Associates, Inc.,
        Defendant-in-Counterclaim

        By its attorneys,

        /s/ Robert A. McCall
        Robert A. McCall BBO #552682
        Peabody & Arnold LLP
        30 Rowes Wharf
        Boston, MA 02110
        (617) 951-2100

        Michael P. McTigue,
        Plaintiff-in-Counterclaim
        By his attorneys,

        /s/ Robert N. Meltzer
        Robert N. Meltzer, BBO #564745
        The Mountain States Law Group
        P.O. Box 1459
        Framingham, MA 01701
        (508) 872-7116

        /s/ Mary C. Casey
        Mary C. Casey, BBO #636250
        Harbor Law Group
        385 South Street
        Shrewsbury, MA 01545
        (508) 842-9244

## **LOCAL RULE 7.1 CERTIFICATE**

The undersigned certifies that he has conferred by telephone with counsel for Michael P. McTigue, Robert M. Meltzer, Esquire on November 15, 2006 and subsequently thereto. As a result of those conferences the parties have reached the agreement contained within this joint motion.

        /s/ Robert A. McCall

## CERTIFICATE OF SERVICE

       I, Robert A. McCall, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 19th day of December, 2006 a true copy of the foregoing was served on all counsel record by first-class mail postage pre-paid, addressed to:

| | |
|---|---|
| Robert N. Meltzer, Esquire<br>P.O. Box 1459<br>Framingham, MA 01701 | Stephen D. Rosenberg, Esquire<br>The McCormack Firm, LLC<br>One International Place<br>7th Floor<br>Boston, MA 02110 |
| F. Joseph Gentili, Esquire<br>Capobianco & Gentili, PC<br>15 West Central Street<br>Natick, MA 01760 | Robert D. City, Esquire<br>Michael J. Dissette, Esquire<br>City, Hayes & Dissette, PC<br>50 Congress Street<br>Boston, MA 02109 |
| Mary C. Casey, Esquire<br>Harbor Law Group<br>385 South Street<br>Shrewsbury, MA 01545 | Barry S. Scheer, Esquire<br>Garrett J. Lee, Esquire<br>Parker/Scheer, LLP<br>One Constitution Center<br>Boston, MA 02129 |

          /s/ Robert A. McCall
          Robert A. McCall

645147