UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CA-11573-RGS

WARREN FREEDENFELD ASSOCIATES, INC.
as successor in interest to WARREN FREEDENFELD
& ASSOCIATES, INC.

v.

MICHAEL P. MCTIGUE, DVM individually, and as
Trustee of the MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE,
as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C.
HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC
d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER,
ASSOCIATES, INC., and BENNETT BUILDING CORPORATION

ORDER ON DEFENDANT GARDNER ANIMAL CARE
CENTER'S MOTION TO QUASH OR FOR
A PROTECTIVE ORDER

January 23, 2007

STEARNS, D.J.

The motion to quash is ALLOWED. Plaintiff's opposition fails to identify any relevance of the Answer to First Set of Interrogatories #2 to the surviving Lanham Act claim. As the opposition concedes, plaintiff is seeking testimony regarding the alleged copying of the plaintiff's architectural designs, a matter no longer before the court.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE