**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **WARREN FREEDENFELD ASSOCIATES, INC.**, as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>     **Plaintiff,**<br>v.<br><br>**MICHAEL P. MCTIGUE, DVM**, individually and as Trustee of the McTigue Family Trust, **NANCY A. MCTIGUE**, as Trustee of the McTigue Family Trust, **BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC** d/b/a Gardner Animal Hospital, **EDWARD D. CORMIER ASSOCIATES, INC.**, and **BENNETT BUILDING CORPORATION**,<br>     **Defendants.** | **CIVIL ACTION**<br>**NO. 05-11573 RGS** |
| **MICHAEL P. MCTIGUE, DVM**,<br>     **Counter-Plaintiff,**<br>v.<br><br>**WARREN FREEDENFELD ASSOCIATES, INC.**, as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>     **Counter-Defendant.** | |

**COUNSEL FOR DEFENDANT,**
**EDWARD D. CORMIER ASSOCIATES INC.'S**
**LOCAL RULE 7.1(A)(2) CERTIFICATION**

---

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Defendant, Edward D. Cormier Associates Inc., certifies that counsel for the respective parties have conferred and have attempted in good faith to resolve or narrow the issues presented by Defendant's motion for summary judgment regarding the Lanham Act issues in the present case. The parties have not been able to reach an accord as to these issues; therefore, the Defendants are filing the accompanying motion for summary judgment.

Respectfully submitted,

**Edward D. Cormier & Associates, Inc.**
Defendant
By its attorneys,

| | |
|---|---|
| **Dated:** February 1, 2007 | /s/ Stephen D. Rosenberg |
| | Stephen D. Rosenberg    [BBO#558415] |
| | Eric L. Brodie    [BBO#639833] |
| | Shayna W. Borakove    [BBO#663670] |
| | **THE MCCORMACK FIRM, LLC** |
| | One International Place - 7th Floor |
| | Boston, MA   02110 |
| | Ph:   617•951•2929 |
| | Fax:  617•951•2672 |