UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WARREN FREEDENFELD ASSOCIATES, INC.**, as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>　　　　　　**Plaintiff,**<br>v.<br><br>**MICHAEL P. MCTIGUE, DVM**, individually and as Trustee of the McTigue Family Trust, **NANCY A. MCTIGUE**, as Trustee of the McTigue Family Trust, **BRIAN C. HURLEY, DVM**, **GARDNER ANIMAL CARE CENTER, LLC** d/b/a Gardner Animal Hospital, **EDWARD D. CORMIER ASSOCIATES, INC.**, and **BENNETT BUILDING CORPORATION**,<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br>**NO. 05-11573 RGS** |
| **MICHAEL P. MCTIGUE, DVM**,<br>　　　　　　**Counter-Plaintiff,**<br>v.<br><br>**WARREN FREEDENFELD ASSOCIATES, INC.**, as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>　　　　　　**Counter-Defendant.** | |
| **EDWARD D. CORMIER ASSOCIATES, INC.**,<br>　　　　　　**Counter-Plaintiff,**<br>v.<br><br>**WARREN FREEDENFELD ASSOCIATES, INC.**, as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>　　　　　　**Counter-Defendant.** | |

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

　　Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Defendant/Counter-Plaintiff Edward D. Cormier Associates, Inc. certifies that he conferred with counsel for Plaintiff/Counter-Defendant Warren Freedenfeld Associates, Inc., and have attempted in good faith to resolve or narrow the issues presented by Defendant Edward D. Cormier Associates, Inc.'s Motion for Summary Judgment On its Breach of Contract Counterclaim.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**Edward D. Cormier Associates, Inc.**,<br>Defendant/Counter-Plaintiff<br>By its attorneys, |
| **Dated:** February 1, 2007 | */s/ Stephen D. Rosenberg*<br>Stephen D. Rosenberg, Esq.   [BBO #558415]<br>Eric L. Brodie, Esq.,             [BBO #639833]<br>THE MCCORMACK FIRM, LLC<br>One International Place<br>Boston, MA    02110<br>**Ph:**    617•951•2929<br>**Fax:**   617•951•2672 |

93862.1