UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

WARREN FREEDENFELD ASSOCIATES, INC. )
as successor in interest to WARREN FREEDENFELD )
& ASSOCIATES, INC., )
    Plaintiff, )
)
v. )
)
MICHAEL P. MCTIGUE, DVM individually and as )
Trustee of THE MCTIGUE FAMILY TRUST, )
NANCY A. MCTIGUE, as Trustee of the )
MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, )
GARDNER ANIMAL CARE CENTER, LLC )
d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. )
CORMIER, ASSOCIATES INC., and BENNETT )
BUILDING CORPORATION, )
    Defendants. )

## STIPULATION OF DISMISSAL OF COUNT VI OF THE COMPLAINT AGAINST BENNETT BUILDING CORPORATION

Pursuant to Fed. R. Civ. P. 41 (a)(1) the plaintiff, Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc. (collectively, "Freedenfeld"), hereby dismisses Count VI of the Complaint (violation of the Lanham Act) against the defendant, Bennett Building Corporation ("Bennett"), with prejudice. Freedenfeld and Bennett shall bear their own costs and attorneys' fees relative to said Count VI. Nothing herein shall act to limit Freedenfeld's right of appeal or Bennett's claim for costs and fees relative to any of other counts in the Complaint, including but not limited to claims brought by Freedenfeld pursuant to the Copyright Act. This stipulation shall apply solely to Freedenfeld and Bennett. Nothing herein shall constitute a waiver of any claims, demands or applications for fees and costs which may be tendered or pursued

by any of the other parties in this action, including the right of such remaining parties to seek attorney's fees as to Count VI. Counsel for all parties have given their consent to this stipulation.

                                        Respectfully submitted,

                                        WARREN FREEDENFELD & ASSOCIATES, INC.

                                        By its attorneys,

                                        /s/ Garrett J. Lee
                                        Barry S. Scheer
                                        BBO No. 445100
                                        Garrett J. Lee
                                        BBO No. 641876
                                        PARKER | SCHEER, LLP
                                        One Constitution Center
                                        Boston, MA 02129
                                        Tel.: 617-886-0500
                                        Fax: 617-886-0100
                                        Email: bss@parkerscheer.com
                                                   gjl@parkerscheer.com

/s/ Robert N. Meltzer
Robert N. Meltzer, Esq.
BBO#564745
P.O. Box 1459
Framingham, MA 01701

/s/ Stephen Rosenberg
Stephen D. Rosenberg, Esq.  BBO#558415
Eric L. Brodie BBO# 639833
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

/s/ Michael J. Dissette
Michael J. Dissette, Esq. BBO# 546856
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

/s/ Mary C. Casey
Mary C. Casey, Esq. BBO# 636250
Harbor Law Group
385 South Street
Shrewsbury, MA 01545


/s/ Robert A. McCall
Robert A. McCall, Esq. BBO# 552682
Michael J. Stone, Esq. BBO# 482060
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

## CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 2nd day of February, 2007 a true copy of the following was served on all counsel record:

**STIPULATION OF DISMISSAL OF COUNT VI OF THE COMPLAINT AGAINST BENNETT BUILDING CORPORATION**

By first-class mail postage pre-paid, addressed to:

Michael J. Stone,
Robert A. McCall
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109
Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

/s/ Garrett J. Lee
Garrett J. Lee