UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC., as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>**Plaintiff,**<br>v.<br>MICHAEL P. MCTIGUE, DVM, individually and as Trustee of the McTigue Family Trust, NANCY A. MCTIGUE, as Trustee of the McTigue Family Trust, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a Gardner Animal Hospital, EDWARD D. CORMIER ASSOCIATES, INC., and BENNETT BUILDING CORPORATION,<br>**Defendants.** | CIVIL ACTION<br>NO. 05-11573 RGS |
| MICHAEL P. MCTIGUE, DVM,<br>**Counter-Plaintiff,**<br>v.<br>WARREN FREEDENFELD ASSOCIATES, INC., as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>**Counter-Defendant.** | |
| EDWARD D. CORMIER ASSOCIATES, INC.,<br>**Counter-Plaintiff,**<br>v.<br>WARREN FREEDENFELD ASSOCIATES, INC., as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>**Counter-Defendant.** | |

**DEFENDANT/COUNTER-PLAINTIFF EDWARD D. CORMIER ASSOCIATES, INC.'S WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT ON ITS BREACH OF CONTRACT COUNTERCLAIM**

Defendant/Counter-Plaintiff Edward D. Cormier Associates, Inc., hereby withdraws its previously filed motion for summary judgment (Docket No. 86) on its breach of contract counterclaim pursuant to a negotiated settlement between it and Warren Freedenfeld Associates, Inc.

Respectfully submitted,
**Edward D. Cormier Associates, Inc.**,
Defendant/Counter-Plaintiff
By its attorneys,

**Dated:** February 14, 2007    */s/ Eric L. Brodie*
Stephen D. Rosenberg, Esq.  [BBO #558415]
Eric L. Brodie, Esq.,  [BBO #639833]
THE MCCORMACK FIRM, LLC
One International Place
Boston, MA   02110
**Ph:**   617•951•2929
**Fax:**   617•951•2672

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of DEFENDANT/COUNTER-PLAINTIFF EDWARD D. CORMIER ASSOCIATES, INC.'S WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT ON ITS BREACH OF CONTRACT COUNTERCLAIM upon all counsel of record, via the Court's ECF system, to:

Barry S. Scheer, Esq.
Garrett J. Lee, Esq.
**Parker Scheer, LLP**
One Constitution Center
Boston, MA   02129
Phone: 617.886.0500
Fax:   617.886.0100

Michael J. Stone, Esq.
Robert A. McCall, Esq.
**Peabody & Arnold LLP**
30 Rowes Wharf
Boston, MA   02110
Phone: 617.951.2100
Fax:   617.951.2125

Robert D. City, Esq.
Michael J. Dissette, Esq.
**City, Hayes & Dissette, PC**
50 Congress Street
Boston, MA   02109
Phone: 617.523.3050
Fax:   617.523.5612

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA   01701
Phone: 508.872.7116
Fax:   508.872.8284

Mary C. Casey, Esq.
**Harbor Law Group**
385 South Street
Shrewsbury, MA   01545
Phone: 508.842.9244
Fax:   508.842.9311

**Dated:**   February 14, 2007    */s/ Eric L. Brodie*
Eric L. Brodie

95099.1