UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC., as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>     **Plaintiff,**<br>v.<br>MICHAEL P. MCTIGUE, DVM, individually and as Trustee of the McTigue Family Trust, NANCY A. MCTIGUE, as Trustee of the McTigue Family Trust, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a Gardner Animal Hospital, EDWARD D. CORMIER ASSOCIATES, INC., and BENNETT BUILDING CORPORATION,<br>     **Defendants.** | **CIVIL ACTION<br>NO. 05-11573 RGS** |
| MICHAEL P. MCTIGUE, DVM,<br>     **Counter-Plaintiff,**<br>v.<br>WARREN FREEDENFELD ASSOCIATES, INC., as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>     **Counter-Defendant.** | |
| EDWARD D. CORMIER ASSOCIATES, INC.,<br>     **Counter-Plaintiff,**<br>v.<br>WARREN FREEDENFELD ASSOCIATES, INC., as successor in interest to Warren Freedenfeld & Associates, Inc.,<br>     **Counter-Defendant.** | |

**DEFENDANT EDWARD D. CORMIER ASSOCIATES, INC.'S
WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT
ON THE PLAINTIFF'S LANHAM ACT CLAIMS**

   Defendant Edward D. Cormier Associates, Inc., hereby withdraws its previously filed motion for summary judgment (Docket No. 82) on Plaintiff's remaining Lanham Act claims pursuant to a negotiated settlement between it and Warren Freedenfeld Associates, Inc.

Respectfully submitted,
**Edward D. Cormier Associates, Inc.**,
Defendant
By its attorneys,

**Dated:** February 14, 2007              */s/ Eric L. Brodie*
                                          Stephen D. Rosenberg, Esq.   [BBO #558415]
                                          Eric L. Brodie, Esq.,        [BBO #639833]
                                          THE MCCORMACK FIRM, LLC
                                          One International Place
                                          Boston, MA    02110
                                          **Ph:**    617•951•2929
                                          **Fax:**   617•951•2672

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of DEFENDANT EDWARD D. CORMIER ASSOCIATES, INC.'S WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT ON THE PLAINTIFF'S LANHAM ACT CLAIMS upon all counsel of record, via the Court' s ECF system, to:

Barry S. Scheer, Esq.                Michael J. Stone, Esq.
Garrett J. Lee, Esq.                 Robert A. McCall, Esq.
**Parker Scheer, LLP**               **Peabody & Arnold LLP**
One Constitution Center              30 Rowes Wharf
Boston, MA    02129                  Boston, MA  02110
Phone: 617.886.0500                  Phone: 617.951.2100
Fax:    617.886.0100                 Fax:    617.951.2125

Robert D. City,  Esq.                Robert N. Meltzer, Esq.
Michael J. Dissette, Esq.            P.O. Box 1459
**City, Hayes & Dissette, PC**       Framingham, MA   01701
50 Congress Street                   Phone: 508.872.7116
Boston, MA    02109                  Fax:    508.872.8284
Phone: 617.523.3050
Fax:    617.523.5612

Mary C. Casey,  Esq.
**Harbor Law Group**
385 South Street
Shrewsbury, MA    01545
Phone: 508.842.9244
Fax:    508.842.9311

**Dated:**    February 14, 2007              */s/ Eric L. Brodie*
                                             Eric L. Brodie

95100.1

2