UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WARREN FREEDENFELD ASSOCIATES, INC.**
as successor in interest to **WARREN FREEDENFELD & ASSOCIATES, INC.**

                **V.**         **CIVIL ACTION NO. 05-11573-RGS**

**MICHAEL P. MC TIGUE, DVM,**
**NANCY A. MC TIGUE,**
**BRIAN C. HURLEY, DVM,**
**GARDNER ANIMAL CARE CENTER, LLC**
d/b/a **GARDNER ANIMAL HOSPITAL** and
**EDWARD D. CORMIER ASSOCIATES, INC.**

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                            **MARCH 13, 2007**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON MOTIONS FOR SUMMARY JUDGMENT ENTERED ON MARCH 9, 2007,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

SO ORDERED.

                                                                   **RICHARD G. STEARNS**
                                                                   **UNITED STATES DISTRICT JUDGE**

        **BY:**

                                                               /s/ **Mary H. Johnson**
                                                               _____
                                                                    **Deputy Clerk**