UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

WARREN FREEDENFELD ASSOCIATES, INC. )
as successor in interest to WARREN FREEDENFELD )
& ASSOCIATES, INC., )
    Plaintiff, )
)
v. )
)
MICHAEL P. MCTIGUE, DVM individually and as )
Trustee of THE MCTIGUE FAMILY TRUST, )
NANCY A. MCTIGUE, as Trustee of the )
MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, )
GARDNER ANIMAL CARE CENTER, LLC )
d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. )
CORMIER, ASSOCIATES INC., and BENNETT )
BUILDING CORPORATION, )
    Defendants. )

## NOTICE OF APPEAL

Pursuant to Rules 3(a)(1) and 4(a)(1) of the Federal Rules of Appellate Procedure, the plaintiff, Warren Freedenfeld Associates, Inc., as successor in interest to Warren Freedenfeld & Associates, Inc., hereby gives notice of its appeal of the District Court's Order (Stearns, J.) granting the defendants' motions to dismiss the copyright infringement claims on the basis of the applicable statute of limitations. Such Order was entered on the docket on February 13, 2006.

Respectfully submitted,

WARREN FREEDENFELD & ASSOCIATES, INC.

By its attorneys,

/s/ Garrett J. Lee
Barry S. Scheer
BBO No. 445100
Garrett J. Lee
BBO No. 641876
PARKER | SCHEER, LLP
One Constitution Center
Boston, MA  02129
Tel.: 617-886-0500
Fax: 617-886-0100
Email: bss@parkerscheer.com
        gjl@parkerscheer.com

Dated: March  20, 2007

CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 20th day of March, 2007, a true copy of the following was served on all counsel record:

**NOTICE OF APPEAL**

By first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Stephen D. Rosenberg
Eric L. Brodie
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

F. Joseph Gentili, Esq.
Capobianco & Gentili, PC
15 West Central Street
Natick, MA 01760

Robert D. City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

/s/ Garrett J. Lee
Garrett J. Lee