UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

.                                                                                          CIVIL ACTION NO. 05 11573 RGS

|  |  |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC., <br>     Plaintiff, <br><br> v. <br><br> MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

Now come Michael McTigue DVM, Individually and as Trustee of the McTigue Family Trust, Nancy A. McTigue, as Trustee of the McTigue Family Trust, Brian C. Hurley DVM and the Gardner Animal Care Center, LLC d/b/a Gardner Animal Hospital ("the Notifying Defendants") and, pursuant to Rules 3(a)(1) and 4(a)(1) of the Federal Rules of Appellate Procedure gives notice of its appeal of the following two orders:

1. The Order of Judge Stearns of the United States District Court dated March 9, 2007 denying the Notifying Defendants their attorney's fees pursuant to 17 U.S.C. § 505; and

2.  The Order of Judge Stearns of the United States District Court dated March 9, 2007 granting summary judgment as to Defendant, Michael McTigue's Counterclaim against Plaintiff, Warren Freedenfeld.

       Respectfully Submitted,

       The Notifying Defendants

       By their attorneys,

       s/Robert N. Meltzer_____
       The Mountain States Law Group
       Robert N. Meltzer, BBO #564745
       P.O. Box 1459
       Framingham, MA 01701
       Phone: (508) 872-7116

       s/Mary C. Casey_____
       Mary C. Casey, BBO #636250
       Harbor Law Group
       385 South Street
       Shrewsbury, MA 01545
       Phone: (508) 842-9244

Dated: April 2, 2007

CERTIFICATE OF SERVICE

      I, Robert N. Meltzer, do hereby certify that on this day I have served the foregoing by providing a copy of the same by first class mail, postage prepaid, to:

Barry S. Scheer, Esq.
Parker Scheer, LLP
One Constitution Center
Boston, MA 02129

Stephen D. Rosenberg, Esq.
The McCormack Firm
One International Place
Seventh Floor
Boston, MA 02110

Robert D.City, Esq.
Michael J. Dissette, Esq.
City, Hayes & Dissette, PC
50 Congress Street
Boston, MA 02109

Robert A. McCall, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

                                                        s/Robert N. Meltzer_____

April 2, 2007