UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11573

Warren Freedenfeld Associates, Inc.

v.

Michael McTigue

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-99

and contained in I-II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/20/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 17, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/17/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11573-RGS

| | |
|---|---|
| Warren Freedenfeld Associates, Inc. v. McTigue et al | Date Filed: 07/26/2005 |
| Assigned to: Judge Richard G. Stearns | Jury Demand: Defendant |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Warren Freedenfeld Associates, Inc.**
*as successor in interest to Warren Freedenfeld & Associates, Inc.*

represented by **Barry S. Scheer**
Parker Scheer LLP
One Constitution Center
Boston, MA 02129
617-886-0500
Fax: 617-886-0100
Email: bss@parkerscheer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett J. Lee**
Parker Scheer, LLP
One Constitution Center
Boston, MA 02129
617-886-0500
Fax: 617-886-0100
Email: gjl@parkerscheer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael McTigue**
*individually and as Trustee of the McTigue Family Trust*

represented by **Mary C. Casey**
The Harbor Law Group
385 South St.
Shrewsbury, MA 01545
US
508-842-9244
Fax: 508-842-9311
Email: casey@harborlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Meltzer**
Attorney at Law

                                      P.O. Box 1459
Framingham, MA 01701
508-872-7116
Fax: 508-872-8284
Email: robmeltzer@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nancy A. McTigue**    represented by    **Mary C. Casey**
*as Trustee of the McTigue Family Trust*                               (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Robert N. Meltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian C. Hurley**    represented by    **Mary C. Casey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Robert N. Meltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gardner Animal Care Center, LLC**    represented by    **Mary C. Casey**
*doing business as*                                  (See above for address)
Gardner Animal Hospital                             *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Robert N. Meltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward D. Cormier**    represented by    **Stephen D. Rosenberg**
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110-0140
617-951-2929
Fax: 617-951-2672
Email:

srosenberg@mccormackfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric L. Brodie**
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110
617-951-2929
Fax: 617-951-2672
Email: EBrodie@mccormackfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Associates, Inc.**

**Defendant**

**Bennett Building Corporation**    represented by    **Michael J. Dissette**
City, Hayes & Dissette, PC
50 Congress Street
Suite 200
Boston, MA 02109
617-523-3050
Fax: 617-523-5612
Email: mdissette@city-hayes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Edward D. Cormier**    represented by    **Stephen D. Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Warren Freedenfeld Associates, Inc.**    represented by    **Robert A. McCall**
*as successor in interest to Warren*                            Peabody & Arnold LLP
*Freedenfeld & Associates, Inc.*                                50 Rowes Wharf
Boston, MA 02110
617-951-2061
Fax: 617-235-3534
Email: RMcCall@peabodyarnold.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett J. Lee**

               (See above for address)
               *ATTORNEY TO BE NOTICED*

               **Michael J. Stone**
               Peabody & Arnold LLP
               30 Rowes Wharf
               Boston, MA 02110
               617-951-2100
               Email: mstone@peabodyarnold.com
               *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Michael McTigue**
*individually and as Trustee of the*
*McTigue Family Trust*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Warren Freedenfeld Associates, Inc.** <br> *as successor in interest to Warren* <br> *Freedenfeld & Associates, Inc.* | represented by | **Robert A. McCall** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2005 | 1 | COMPLAINT against Associates, Inc., Bennett Building Corporation, McTigue, Nancy McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC, Edward D. Cormier Filing fee: $ 250, receipt number 65893, filed by Warren Freedenfeld Associates, Inc..(Exhibit C not able to scan - map) (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10) (Flaherty, Elaine) (Entered: 08/01/2005) |
| 07/26/2005 |  | Summons Issued as to Associates, Inc., Bennett Building Corporation, McTigue, Nancy McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC, Edward D. Cormier. (Flaherty, Elaine) (Entered: 08/01/2005) |
| 07/27/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Flaherty, Elaine) (Entered: 08/01/2005) |
| 08/30/2005 | 2 | SUMMONS Returned Executed Gardner Animal Care Center, LLC served on 8/8/2005, answer due 8/29/2005. (Flaherty, Elaine) (Entered: 08/30/2005) |
| 08/30/2005 | 3 | SUMMONS Returned Executed Bennett Building Corporation served on 8/17/2005, answer due 9/6/2005. (Flaherty, Elaine) (Entered: 08/30/2005) |
| 08/30/2005 | 4 | SUMMONS Returned Executed Edward D. Cormier served on |

| | | |
|---|---|---|
| | | 8/10/2005, answer due 8/30/2005. (Flaherty, Elaine) (Entered: 08/30/2005) |
| 08/30/2005 | 5 | SUMMONS Returned Executed Brian C. Hurley served on 8/9/2005, answer due 8/29/2005. (Flaherty, Elaine) (Entered: 08/30/2005) |
| 08/30/2005 | 6 | SUMMONS Returned Executed McTigue served on 8/9/2005, answer due 8/29/2005. (Flaherty, Elaine) (Entered: 08/30/2005) |
| 09/01/2005 | 7 | SUMMONS Returned Executed Nancy McTigue served on 8/9/2005, answer due 8/29/2005. (Flaherty, Elaine) (Entered: 09/01/2005) |
| 10/17/2005 | 8 | MOTION to Dismiss *plaintiff's complaint pursuant to Rule 12(b)(6)* by Edward D. Cormier. (Attachments: # 1)(Rosenberg, Stephen) (Entered: 10/17/2005) |
| 10/17/2005 | 9 | NOTICE of Appearance by Michael J. Dissette on behalf of Bennett Building Corporation, filed. (Flaherty, Elaine) (Entered: 10/24/2005) |
| 10/17/2005 | 10 | CORPORATE DISCLOSURE STATEMENT by Bennett Building Corporation, filed. (Flaherty, Elaine) (Entered: 10/24/2005) |
| 10/17/2005 | 11 | MOTION to Dismiss by Bennett Building Corporation, filed.(Flaherty, Elaine) (Entered: 10/24/2005) |
| 10/17/2005 | 12 | MOTION to Dismiss by Michael P. McTigue, Nancy McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC., filed(Flaherty, Elaine) (Entered: 10/24/2005) |
| 10/28/2005 | 13 | MEMORANDUM in Opposition re 8 MOTION to Dismiss *plaintiff's complaint pursuant to Rule 12(b)(6)* filed by Warren Freedenfeld Associates, Inc., filed. (Flaherty, Elaine) (Entered: 11/02/2005) |
| 11/03/2005 | 14 | MEMORANDUM in Opposition re 12 MOTION to Dismiss filed by Warren Freedenfeld Associates, Inc. filed. (Flaherty, Elaine) (Entered: 11/07/2005) |
| 11/03/2005 | 15 | MEMORANDUM in Opposition re 11 MOTION to Dismiss filed by Warren Freedenfeld Associates, Inc., filed. (Attachments: # 1)(Flaherty, Elaine) (Entered: 11/07/2005) |
| 11/16/2005 | 18 | MOTION for Leave to File reply brief by Michael P. McTigue, Nancy McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC, filed. (Flaherty, Elaine) (Entered: 11/22/2005) |
| 11/17/2005 | 17 | CORPORATE DISCLOSURE STATEMENT by Warren Freedenfeld Associates, Inc., filed. (Flaherty, Elaine) (Entered: 11/22/2005) |
| 11/21/2005 | 16 | NOTICE of Hearing on Motion 11 MOTION to Dismiss, 12 MOTION to Dismiss, 8 MOTION to Dismiss *plaintiff's complaint pursuant to Rule 12 (b)(6)*: Motion Hearing set for 2/9/2006 03:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 11/21/2005) |
| 11/22/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 18 Motion for Leave to File (Flaherty, Elaine) (Entered: 11/22/2005) |

| | | |
|---|---|---|
| 11/25/2005 | 19 | Emergency MOTION for Leave to File response to defendants' reply brief by Warren Freedenfeld Associates, Inc..(Flaherty, Elaine) Additional attachment(s) added on 11/30/2005 (Flaherty, Elaine). (Entered: 11/30/2005) |
| 11/30/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 19 Motion for Leave to File (Flaherty, Elaine) (Entered: 11/30/2005) |
| 11/30/2005 | | Notice of correction to docket made by Court staff. Correction: #19 corrected because: wrong image attached (Flaherty, Elaine) (Entered: 11/30/2005) |
| 12/02/2005 | 20 | First MEMORANDUM in Support re 12 MOTION to Dismiss *Response to Reply Brief* filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Lee, Garrett) (Entered: 12/02/2005) |
| 12/08/2005 | 21 | NOTICE of Appearance by Garrett J. Lee on behalf of Warren Freedenfeld Associates, Inc. (Lee, Garrett) (Entered: 12/08/2005) |
| 02/02/2006 | 22 | Reply of Defendants to the plaintiff's opposition to their motion to dismiss the lawsuit brought by the plaintiff, filed.(originally allowed to be filed in November, 2005) (Entered: 02/02/2006) |
| 02/09/2006 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 2/9/2006 re 11 MOTION to Dismiss filed by Bennett Building Corporation,, 12 MOTION to Dismiss filed by Nancy McTigue,, Brian C. Hurley,, Gardner Animal Care Center, LLC,, Michael P. McTigue,, 8 MOTION to Dismiss *plaintiff's complaint pursuant to Rule 12(b)(6)* filed by Edward D. Cormier,. Atty. Scheer present for the pltf. Attys. Meltzer, Casey, Rosenberg and Dissette present for the defendants. After hearing, the Court ALLOWS the motions to dismiss insofar as they pertain to the copyright claims on the statute of limitations. Otherwise, the motions to dismiss are DENIED. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/9/2006 (Johnson, Mary). (Entered: 02/09/2006) |
| 02/09/2006 | | Electronic NOTICE to counsel: "counsel shall file, either jointly or separately, a proposed Discovery Schedule for the Court's approval, ON OR BEFORE MARCH 1, 2006. So Ordered." (Johnson, Mary) Modified on 2/9/2006 (Johnson, Mary). (Entered: 02/09/2006) |
| 02/13/2006 | | Judge Richard G. Stearns : ORDER entered granting in part and denying in part 8 Motion to Dismiss, granting in part and denying in part 11 Motion to Dismiss, and granting in part and denying in part 12 Motion to Dismiss. Consistent with the Court's ruling at the February 9, 2006 hearing, the Copyright Infringement claims are barred by the applicable statute of limitations. (Hamilton, Maria Raia) (Entered: 02/13/2006) |
| 02/15/2006 | 23 | ANSWER to Complaint by Bennett Building Corporation.(Dissette, Michael) (Entered: 02/15/2006) |
| 02/17/2006 | 24 | ANSWER to Complaint with Jury Demand by Michael P. McTigue, |

|            |       |                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |       | DVM, Nancy A. McTigue, Brian C. Hurley, DVM, Gardner Animal Care Center, LLC.(Meltzer, Robert) (Entered: 02/17/2006)                                                                                                                                                                                                                                                                                                          |
| 02/23/2006 | 25    | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Warren Freedenfeld Associates, Inc. by Edward D. Cormier.(Rosenberg, Stephen) (Entered: 02/23/2006)                                                                                                                                                                                                                                                                |
| 03/01/2006 | 26    | Defendant's Proposed discovery schedule *by All Defendants*. (Rosenberg, Stephen) Modified on 3/2/2006 (Flaherty, Elaine). (Entered: 03/01/2006)                                                                                                                                                                                                                                                                              |
| 03/02/2006 |       | Notice of correction to docket made by Court staff. Correction: 26 corrected because: entitled wrong (Flaherty, Elaine) (Entered: 03/02/2006)                                                                                                                                                                                                                                                                                 |
| 03/03/2006 | 27    | Judge Richard G. Stearns : DISCOVERY ORDER entered. "all interrogatories and requests for production of documents shall be served by April 1, 2006; all depositions and any other discovery shall be completed by October 1, 2006; summary judgment motions shall be filed by December 1, 2006 with oppositions due 14 days thereafter unless enlarged by the Court. SO ORDERED." (Johnson, Mary) Modified on 3/3/2006 (Johnson, Mary). (Entered: 03/03/2006) |
| 03/10/2006 | 28    | NOTICE OF APPEAL as to Order on Motion to Dismiss,,,,, by Warren Freedenfeld Associates, Inc.. $ 255 (check sent to Intake cashier for receipt) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/30/2006. (Flaherty, Elaine) (Entered: 03/10/2006) |
| 03/13/2006 |       | Filing fee: $ 255., receipt number 70997 for 28 Notice of Appeal, (Flaherty, Elaine) (Entered: 03/21/2006)                                                                                                                                                                                                                                                                                                                    |
| 03/15/2006 | 29    | *Warren Freedenfeld Associates, Inc.* ANSWER to Counterclaim *of Edward D. Cormier Associates, Inc.* by Warren Freedenfeld Associates, Inc..(Lee, Garrett) (Entered: 03/15/2006)                                                                                                                                                                                                                                              |
| 03/20/2006 | 30    | TRANSCRIPT ORDER FORM *Motion to Dismiss Hearing* by Warren Freedenfeld Associates, Inc. for proceedings held on 02/09/2006 before Judge Stearns.. (Lee, Garrett) (Entered: 03/20/2006)                                                                                                                                                                                                                                       |
| 04/05/2006 | 31    | Certified and Transmitted Record on Appeal to US Court of Appeals re 28 Notice of Appeal, (Attachments: # 1)(Ramos, Jeanette) (Entered: 04/05/2006)                                                                                                                                                                                                                                                                           |
| 04/07/2006 | 32    | USCA Case Number 06-1583 for 28 Notice of Appeal, filed by Warren Freedenfeld Associates, Inc.,. (Ramos, Jeanette) (Entered: 04/07/2006)                                                                                                                                                                                                                                                                                      |
| 04/10/2006 |       | TRANSCRIPT ORDER ACKNOWLEDGMENT FORM received from USCA and addressed to James P. Gibbons Transcript order form filed in USCA on March 20, 2006. Transcript of 2/9/06 Motion to Dismiss Hearing due by 6/9/2006. (Scalfani, Deborah) (Entered: 04/11/2006)                                                                                                                                                                    |
| 05/02/2006 | 33    | MOTION to Dismiss *All Remaining Claims and Counterclaims without*                                                                                                                                                                                                                                                                                                                                                            |

| | | |
|---|---|---|
| | | *Prejudice to Permit Appeal of the Court's Dismissal of Copyright Infringement Counts* by Warren Freedenfeld Associates, Inc..(Lee, Garrett) (Entered: 05/02/2006) |
| 05/02/2006 | 34 | MEMORANDUM in Support re 33 MOTION to Dismiss *All Remaining Claims and Counterclaims without Prejudice to Permit Appeal of the Court's Dismissal of Copyright Infringement Counts* filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1 Exhibit # 2 Exhibit B) (Lee, Garrett) (Entered: 05/02/2006) |
| 05/10/2006 | 35 | MOTION for Extension of Time to 30 days to Complete Discovery by Warren Freedenfeld Associates, Inc..(Lee, Garrett) (Entered: 05/10/2006) |
| 05/10/2006 | 36 | MEMORANDUM in Support re 35 MOTION for Extension of Time to 30 days to Complete Discovery filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1)(Lee, Garrett) Additional attachment(s) added on 5/11/2006 (Flaherty, Elaine). (Entered: 05/10/2006) |
| 05/10/2006 | 37 | Opposition re 33 MOTION to Dismiss *All Remaining Claims and Counterclaims without Prejudice to Permit Appeal of the Court's Dismissal of Copyright Infringement Counts* filed by Edward D. Cormier, Edward D. Cormier. (Attachments: # 1 Exhibit A - Show Cause Order from Court of Appeals for the First Circuit# 2 Exhibit B - Plaintiff's Docketing Statement# 3 Exhibit C - Response to Court of Appeals' Show Cause Order# 4 Exhibit D - May 3, 2006 Letter Re: Discovery Extension# 5 Exhibit E - May 9, 2006 Letter Opposing Discovery Extension)(Rosenberg, Stephen) (Entered: 05/10/2006) |
| 05/11/2006 | | Notice of correction to docket made by Court staff. Correction: #36 corrected because: document wrong case number (Flaherty, Elaine) (Entered: 05/11/2006) |
| 05/11/2006 | 38 | Opposition re 33 MOTION to Dismiss *All Remaining Claims and Counterclaims without Prejudice to Permit Appeal of the Court's Dismissal of Copyright Infringement Counts* filed by Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC. (Meltzer, Robert) (Entered: 05/11/2006) |
| 05/11/2006 | 39 | Opposition re 33 MOTION to Dismiss *All Remaining Claims and Counterclaims without Prejudice to Permit Appeal of the Court's Dismissal of Copyright Infringement Counts* filed by Bennett Building Corporation. (Dissette, Michael) (Entered: 05/11/2006) |
| 05/12/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 35 Motion for Extension of Time to Complete Discovery (Flaherty, Elaine) (Entered: 05/15/2006) |
| 05/15/2006 | | Judge Richard G. Stearns : Electronic ORDER entered denying 33 Motion to Dismiss "Denied. Plaintiff is free to discuss dismissal of the remaining claims with prejudice as grounds for an agreement permitting appeal that would be acceptable to the Court of Appeals." (Flaherty, Elaine) (Entered: 05/15/2006) |

| | | |
|---|---|---|
| 05/15/2006 | 40 | NOTICE of Appearance by Eric L. Brodie on behalf of Edward D. Cormier (Brodie, Eric) (Entered: 05/15/2006) |
| 06/04/2006 | 41 | MOTION to Compel *Production of Documents from the Plaintiff* by Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC.(Meltzer, Robert) (Entered: 06/04/2006) |
| 06/04/2006 | 42 | CERTIFICATE OF CONSULTATION re 41 MOTION to Compel *Production of Documents from the Plaintiff Pursuant to LR 26.2 and LR 7.1(a)(2)* by Robert N. Meltzer on behalf of Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC. (Meltzer, Robert) (Entered: 06/04/2006) |
| 06/12/2006 | 43 | TRANSCRIPT of Motion to Dismiss Hearing held on February 9, 2006 before Judge Stearns. Court Reporter: James P. Gibbons. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/428-0402 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/12/2006) |
| 06/12/2006 | 44 | Supplemental Record on Appeal transmitted to US Court of Appeals re 28 Notice of Appeal, Documents included: 43 (Scalfani, Deborah) (Entered: 06/12/2006) |
| 06/13/2006 | 45 | MEMORANDUM in Opposition re 41 MOTION to Compel *Production of Documents from the Plaintiff Michael P. Mctuge, Nancy A. McTigue, Brian C. Hurley, and Gardner Animal Care Center* filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Lee, Garrett) (Entered: 06/13/2006) |
| 06/13/2006 | 46 | AFFIDAVIT in Opposition re 41 MOTION to Compel *Production of Documents from the Plaintiff Michael P. McTigue, Nancy A. McTigue, Brian C. Hurley and Gardner Animal Care Center* filed by Warren Freedenfeld Associates, Inc.. (Lee, Garrett) (Entered: 06/13/2006) |
| 06/17/2006 | 47 | Opposition re 41 MOTION to Compel *Production of Documents from the Plaintiff re: Plaintiff's Request for Sanctions in Conjunction to the Opposition to 41 filed by the Plaintiff* filed by Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC. (Meltzer, Robert) (Entered: 06/17/2006) |
| 06/30/2006 | | Judge Richard G. Stearns : Electronic ORDER entered denying 41 Motion to Compel "The Rules do not provide for pre-Rule 11 discovery." (Flaherty, Elaine) (Entered: 06/30/2006) |
| 07/03/2006 | 48 | USCA Judgment as to 28 Notice of Appeal, filed by Warren Freedenfeld Associates, Inc. Because not all claims against all parties have yet been resolved, and because the February 13, 2006 partial order of dismissal is not immediately appealable, this appeal is dismissed for lack of jurisdiction. Plaintiff's motion to stay appellate proceedings is denied. DISMISSED. (Ramos, Jeanette) (Entered: 07/03/2006) |
| 07/03/2006 | 49 | MANDATE of USCA as to 28 Notice of Appeal, filed by Warren |

| | | |
|---|---|---|
| | | Freedenfeld Associates, Inc., (Ramos, Jeanette) (Entered: 07/03/2006) |
| 07/03/2006 | ○ | Appeal Record Returned: 28 Notice of Appeal, (Ramos, Jeanette) (Entered: 07/03/2006) |
| 07/24/2006 | 50 | MOTION to Amend 24 Answer to Complaint *to add Counterclaim* by Michael McTigue. (Attachments: # 1 Exhibit Proposed Counterclaim# 2 Exhibit Certificate of Compliance)(Meltzer, Robert) (Entered: 07/24/2006) |
| 08/03/2006 | 51 | MEMORANDUM in Opposition re 50 MOTION to Amend 24 Answer to Complaint *to add Counterclaim* filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Lee, Garrett) (Entered: 08/03/2006) |
| 08/11/2006 | 52 | MOTION for Leave to File *Reply Brief* by Michael McTigue. (Attachments: # 1 Exhibit Proposed Reply Brief)(Meltzer, Robert) (Entered: 08/11/2006) |
| 08/11/2006 | ○ | Judge Richard G. Stearns : Electronic ORDER entered granting 50 Motion to Amend, granting 52 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures (Flaherty, Elaine) (Entered: 08/11/2006) |
| 08/15/2006 | 53 | COUNTERCLAIM against Warren Freedenfeld Associates, Inc., filed by Michael McTigue.(Meltzer, Robert) (Entered: 08/15/2006) |
| 08/24/2006 | 54 | STIPULATION *to Extend Time to Respond to Counterclaim* by Warren Freedenfeld Associates, Inc.(as successor in interest to Warren Freedenfeld & Associates, Inc.). (McCall, Robert) (Entered: 08/24/2006) |
| 08/31/2006 | ○ | Judge Richard G. Stearns : ELECTRONIC ENDORSEMENT re 54 Stipulation filed by Warren Freedenfeld Associates, Inc., Allowed. (Flaherty, Elaine) (Entered: 09/01/2006) |
| 09/11/2006 | 55 | NOTICE of Appearance by Robert A. McCall on behalf of Warren Freedenfeld Associates, Inc.(as successor in interest to Warren Freedenfeld & Associates, Inc.) (McCall, Robert) (Entered: 09/11/2006) |
| 09/11/2006 | 56 | Assented to MOTION for Extension of Time to January 31, 2007 to Complete Discovery by Warren Freedenfeld Associates, Inc.(as successor in interest to Warren Freedenfeld & Associates, Inc.).(McCall, Robert) (Entered: 09/11/2006) |
| 09/11/2006 | 57 | NOTICE of Appearance by Michael J. Stone on behalf of Warren Freedenfeld Associates, Inc.(as successor in interest to Warren Freedenfeld & Associates, Inc.) (Stone, Michael) (Entered: 09/11/2006) |
| 09/13/2006 | ○ | Judge Richard G. Stearns : Electronic ORDER entered granting 56 Motion for Extension of Time to Complete Discovery "Allowed except as to dispositive motions which shall be due 2/1/07 with oppositions filed fourteen (14) days thereafter." (Flaherty, Elaine) (Entered: 09/13/2006) |

| | | |
|---|---|---|
| 09/25/2006 | 58 | ANSWER to Counterclaim *of Defendant, Michael P. McTigue* by Warren Freedenfeld Associates, Inc.(as successor in interest to Warren Freedenfeld & Associates, Inc.).(McCall, Robert) (Entered: 09/25/2006) |
| 10/03/2006 | 59 | MOTION for Summary Judgment *on Counterclaim of Defendant Michael P. McTigue* by Warren Freedenfeld Associates, Inc.(as successor in interest to Warren Freedenfeld & Associates, Inc.).(McCall, Robert) (Entered: 10/03/2006) |
| 10/03/2006 | 60 | MEMORANDUM in Support re 59 MOTION for Summary Judgment *on Counterclaim of Defendant Michael P. McTigue* filed by Warren Freedenfeld Associates, Inc.(as successor in interest to Warren Freedenfeld & Associates, Inc.). (McCall, Robert) (Entered: 10/03/2006) |
| 10/03/2006 | 61 | AFFIDAVIT in Support re 59 MOTION for Summary Judgment *on Counterclaim of Defendant Michael P. McTigue by Warren Chase Freedenfeld with Exhibits* filed by Warren Freedenfeld Associates, Inc. (as successor in interest to Warren Freedenfeld & Associates, Inc.). (McCall, Robert) (Entered: 10/03/2006) |
| 10/03/2006 | 62 | Statement of Material Facts L.R. 56.1 re 59 MOTION for Summary Judgment *on Counterclaim of Defendant Michael P. McTigue* filed by Warren Freedenfeld Associates, Inc.(as successor in interest to Warren Freedenfeld & Associates, Inc.). (McCall, Robert) (Entered: 10/03/2006) |
| 10/03/2006 | 63 | MOTION to Compel *the defendant Michael McTigue to Produce the Documents Requested in Plainitff's First Request for Production of Documents and to Supplement Answers to the Plaintiff's First Set of Interrogatories* by Warren Freedenfeld Associates, Inc..(Lee, Garrett) (Entered: 10/03/2006) |
| 10/03/2006 | 64 | MEMORANDUM in Support re 63 MOTION to Compel *the defendant Michael McTigue to Produce the Documents Requested in Plainitff's First Request for Production of Documents and to Supplement Answers to the Plaintiff's First Set of Interrogatories* filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Lee, Garrett) (Entered: 10/03/2006) |
| 10/09/2006 | 65 | Opposition re 63 MOTION to Compel *the defendant Michael McTigue to Produce the Documents Requested in Plainitff's First Request for Production of Documents and to Supplement Answers to the Plaintiff's First Set of Interrogatories* filed by Michael McTigue. (Meltzer, Robert) (Entered: 10/09/2006) |
| 10/12/2006 | 66 | Opposition re 59 MOTION for Summary Judgment *on Counterclaim of Defendant Michael P. McTigue* filed by Michael McTigue. (Attachments: # 1 Affidavit of Michael McTigue# 2 Exhibit Concise Statement) (Meltzer, Robert) (Entered: 10/12/2006) |
| 10/13/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 63 Motion to Compel "Allowed. The requests are broad enough to encompass the remaining Lanham Act claim." (Flaherty, Elaine) (Entered: 10/13/2006) |

| | | |
|---|---|---|
| 10/20/2006 | 67 | MOTION for Summary Judgment by Michael McTigue, Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC. (Attachments: # 1 Exhibit Concise Statement)(Meltzer, Robert) (Entered: 10/20/2006) |
| 10/20/2006 | 68 | Emergency MOTION to Stay *Court Order of October 13, 2006* by Michael McTigue.(Meltzer, Robert) (Entered: 10/20/2006) |
| 10/23/2006 | 69 | Emergency MOTION Leave to File Paper Copy of Exhibit 2 by Michael McTigue, Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC.(Meltzer, Robert) (Entered: 10/23/2006) |
| 10/26/2006 | 70 | Opposition re 68 Emergency MOTION to Stay *Court Order of October 13, 2006* filed by Warren Freedenfeld Associates, Inc.. (Lee, Garrett) (Entered: 10/26/2006) |
| 10/27/2006 |  | Judge Richard G. Stearns : Electronic ORDER entered denying 68 Motion to Stay, and granting 69 Motion for relief from electronically filing exhibit 2. (Hamilton, Maria Raia) (Entered: 10/27/2006) |
| 10/30/2006 |  | ELECTRONIC NOTICE of Hearing on Motion 67 MOTION for Summary Judgment, 59 MOTION for Summary Judgment *on Counterclaim of Defendant Michael P. McTigue*: Motion Hearing set for 2/8/2007 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 10/30/2006) |
| 11/03/2006 | 71 | Opposition re 67 MOTION for Summary Judgment filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Lee, Garrett) (Entered: 11/03/2006) |
| 11/03/2006 | 72 | Statement of Material Facts L.R. 56.1 re 67 MOTION for Summary Judgment *Opposition* filed by Warren Freedenfeld Associates, Inc.. (Lee, Garrett) (Entered: 11/03/2006) |
| 11/17/2006 | 73 | MOTION for Leave to File *Reply Brief* by Michael McTigue, Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC. (Attachments: # 1 Exhibit Reply Brief)(Meltzer, Robert) (Entered: 11/17/2006) |
| 11/22/2006 | 74 | Opposition re 73 MOTION for Leave to File *Reply Brief* filed by Warren Freedenfeld Associates, Inc.. (Lee, Garrett) (Entered: 11/22/2006) |
| 11/27/2006 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 73 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. "Defendants will have seven (7) days to file a sur-reply." (Flaherty, Elaine) (Entered: 11/27/2006) |
| 11/28/2006 | 75 | REPLY to Response to Motion re 67 MOTION for Summary Judgment *Leave to File Granted on 11/27/06* filed by Michael McTigue, Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care |

| | | |
|---|---|---|
| | | Center, LLC. (Meltzer, Robert) (Entered: 11/28/2006) |
| 12/04/2006 | 76 | SUR-REPLY to *Reply Brief* filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Lee, Garrett) Modified on 12/5/2006 (Flaherty, Elaine). (Entered: 12/04/2006) |
| 12/05/2006 | | Notice of correction to docket made by Court staff. Correction: sur reply corrected because: reference wrong document (Flaherty, Elaine) (Entered: 12/05/2006) |
| 12/12/2006 | 77 | MOTION to Strike *Plaintiff's Surreply Brief or for Reconsideration of Order allowing filing of Surreply Brief* by Michael McTigue, Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC.(Meltzer, Robert) (Entered: 12/12/2006) |
| 12/14/2006 | | Judge Richard G. Stearns : Electronic ORDER entered denying 77 Motion to Strike/reconsider (Flaherty, Elaine) (Entered: 12/15/2006) |
| 12/19/2006 | 78 | Joint MOTION to Stay *Discovery On Counterclaim of Michael P. McTigue* by Warren Freedenfeld Associates, Inc.(as successor in interest to Warren Freedenfeld & Associates, Inc.).(McCall, Robert) (Entered: 12/19/2006) |
| 12/20/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 78 Motion to Stay (Flaherty, Elaine) (Entered: 12/26/2006) |
| 01/09/2007 | | ELECTRONIC NOTICE OF RESCHEDULING: "the 2-8-07 motion hearing is hereby re-scheduled to: THURSDAY, 2/15/2007 at 03:15 PM in Courtroom 21 before Judge Richard G. Stearns. " (Johnson, Mary) Modified on 1/9/2007 (Johnson, Mary). (Entered: 01/09/2007) |
| 01/17/2007 | 79 | Emergency MOTION for Protective Order *as to the deposition of Dan McCarty* by Gardner Animal Care Center, LLC.(Meltzer, Robert) (Entered: 01/17/2007) |
| 01/18/2007 | 80 | Opposition re 79 Emergency MOTION for Protective Order *as to the deposition of Dan McCarty* filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Lee, Garrett) (Entered: 01/18/2007) |
| 01/23/2007 | 81 | Judge Richard G. Stearns : Order On Defendant Gardner Animal Care Center's Motion to Quash or for a Protective Order, granting 79 Motion for Protective Order (Flaherty, Elaine) (Entered: 01/23/2007) |
| 01/31/2007 | | ELECTRONIC NOTICE OF RESCHEDULING: "due to a court conflict, the hearing currently scheduled for February 15, 2007 is re-scheduled to: THURSDAY, MARCH 8, 2007 AT 2:30 P.M." SO ORDERED. Richard G. Stearns, USDJ. (Johnson, Mary) Modified on 1/31/2007 (Johnson, Mary). (Entered: 01/31/2007) |
| 02/01/2007 | 82 | MOTION for Summary Judgment *on the Plaintiff's Lanham Act Claims* by Edward D. Cormier. (Attachments: # 1 Exhibit A - Excerpts from Plaintiff's Complaint# 2 Exhibit B - Excerpts from Deposition of Michael McTigue# 3 Exhibit C - Excerpts from Cormier's Answer to Plaintiff's |

| | | |
|---|---|---|
| | | Complaint# 4 Exhibit D - Excerpts from Deposition of Warren Freedenfeld# 5 Exhibit E - Excerpts from Veterinary Economics Magazine# 6 Exhibit F - Cormier's Answers to Interrogatories# 7 Exhibit G - McTigue's Supplemental Answers to Interrogatories)(Rosenberg, Stephen) (Entered: 02/01/2007) |
| 02/01/2007 | 83 | Statement of Material Facts L.R. 56.1 re 82 MOTION for Summary Judgment *on the Plaintiff's Lanham Act Claims* filed by Edward D. Cormier. (Rosenberg, Stephen) (Entered: 02/01/2007) |
| 02/01/2007 | 84 | MEMORANDUM in Support re 82 MOTION for Summary Judgment *on the Plaintiff's Lanham Act Claims* filed by Edward D. Cormier. (Rosenberg, Stephen) (Entered: 02/01/2007) |
| 02/01/2007 | 85 | CERTIFICATE OF CONSULTATION re 82 MOTION for Summary Judgment *on the Plaintiff's Lanham Act Claims*. (Rosenberg, Stephen) (Entered: 02/01/2007) |
| 02/01/2007 | 86 | MOTION for Summary Judgment *on Breach of Contract Counterclaim* by Edward D. Cormier. (Attachments: # 1 Exhibit A - Excerpts from Deposition of Michael McTigue# 2 Exhibit B - Excerpts from Deposition of Warren Freedenfeld# 3 Exhibit C - Termination Agreement# 4 Exhibit D - McTigue Letter (Freedenfeld Dep. Exh. 6)# 5 Exhibit E - McTigue Letter (Freedenfeld Dep. Exh. 9)# 6 Exhibit F - Freedenfeld July 22, 1999 Letter# 7 Exhibit G - Cimino July 30, 1999 Letter# 8 Exhibit H - Cormier's Responses to Interrogatories# 9 Exhibit I - Abbreviated Form of Agreement Between Owner and Architect)(Rosenberg, Stephen) (Entered: 02/01/2007) |
| 02/01/2007 | 87 | Statement of Material Facts L.R. 56.1 re 86 MOTION for Summary Judgment *on Breach of Contract Counterclaim* filed by Edward D. Cormier. (Rosenberg, Stephen) (Entered: 02/01/2007) |
| 02/01/2007 | 88 | MEMORANDUM in Support re 86 MOTION for Summary Judgment *on Breach of Contract Counterclaim* filed by Edward D. Cormier. (Rosenberg, Stephen) (Entered: 02/01/2007) |
| 02/01/2007 | 89 | CERTIFICATE OF CONSULTATION re 86 MOTION for Summary Judgment *on Breach of Contract Counterclaim*. (Rosenberg, Stephen) (Entered: 02/01/2007) |
| 02/02/2007 | 90 | STIPULATION of Dismissal *of Count VI of the Complaint Against Bennett Building Corporation* by Warren Freedenfeld Associates, Inc.. (Lee, Garrett) (Entered: 02/02/2007) |
| 02/14/2007 | 91 | Withdrawal of motion: 86 MOTION for Summary Judgment *on Breach of Contract Counterclaim* filed by Edward D. Cormier,.. (Brodie, Eric) (Entered: 02/14/2007) |
| 02/14/2007 | 92 | Withdrawal of motion: 82 MOTION for Summary Judgment *on the Plaintiff's Lanham Act Claims* filed by Edward D. Cormier,.. (Brodie, Eric) (Entered: 02/14/2007) |
| 02/20/2007 | 93 | MOTION Reach and Apply Settlement Proceeds *To Be Paid by* |

| | | |
|---|---|---|
| | | *Defendant Cormier to the Plaintiff* by Michael McTigue, Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC.(Meltzer, Robert) (Entered: 02/20/2007) |
| 03/06/2007 | 94 | Opposition re 93 MOTION Reach and Apply Settlement Proceeds *To Be Paid by Defendant Cormier to the Plaintiff* filed by Warren Freedenfeld Associates, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Lee, Garrett) (Entered: 03/06/2007) |
| 03/08/2007 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 3/8/2007 re 59 MOTION for Summary Judgment *on Counterclaim of Defendant Michael P. McTigue* filed by Warren Freedenfeld Associates, Inc., 67 MOTION for Summary Judgment filed by Nancy A. McTigue, Gardner Animal Care Center, LLC, Brian C. Hurley, Michael McTigue. Attys. Lee, Stone and McCall present for plaintiff; Attys Meltzer and Rosenberg present for defendants. Atty Lee informs the court that plaintiff agrees to withdraw its Lanham Act claim. Accordingly, defendants' motion for summary judgment will be allowed. The court takes the plaintiff's motion for summary judgment on the counterclaims under advisement. (Court Reporter James Gibbons.) (Tyler, Rebecca) (Entered: 03/09/2007) |
| 03/08/2007 | | Judge Richard G. Stearns : Electronic ORDER entered DENYING as moot 93 Motion to Reach and Apply Settlement Proceeds to be Paid by Defendant Cormier to the Plaintiff, filed by Michael McTigue, et al. "Pursuant to 17 U.S.C Section 505, the court declines to exercise its discretion to award attorneys' fees. Cf. Fogerty v. Fantasy, Inc., 510 U.S. 517, 534 (1994). Motion DENIED."(Tyler, Rebecca) (Entered: 03/09/2007) |
| 03/09/2007 | 95 | Judge Richard G. Stearns : MEMORANDUM AND ORDER on Motions for Summary Judgment, ENTERED. "....For the foregoing reasons, WFA's motion for summary judgment is ALLOWED and the counterclaims are DISMISSED. Defendant's motion for summary judgment on the Lanham Act claim is ALLOWED with plaintiff's consent, and the claim is DISMISSED with prejudice. No claims remaining, the Clerk will terminate the case. The parties are to bear their own costs."(Flaherty, Elaine) (Entered: 03/09/2007) |
| 03/09/2007 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 03/09/2007) |
| 03/13/2007 | 96 | Judge Richard G. Stearns : ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 03/13/2007) |
| 03/20/2007 | 97 | NOTICE OF APPEAL by Warren Freedenfeld Associates, Inc. Filing fee $ 455, receipt number 1452107 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/9/2007. (Lee, Garrett) (Entered: 03/20/2007) |
| 03/23/2007 | 98 | TRANSCRIPT of Motions Hearing held on March 8, 2007 before Judge |

| | | |
|---|---|---|
| | | Stearns. Court Reporter: James P. Gibbons. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/428-0402 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/23/2007) |
| 03/28/2007 | ● | COUNSEL'S COPY OF TRANSCRIPT of Proceedings held on 2/9/06 before Judge Stearns. Court Reporter: J. Gibbons. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. SUBMITTED TO THE COURT FROM COUNSEL TO BE INCLUDED IN THE RECORD ON APPEAL (Flaherty, Elaine) (Entered: 03/28/2007) |
| 04/02/2007 | ●99 | *Notice of Appeal as to Denial of Attorneys Fees and* NOTICE OF APPEAL as to 95 Memorandum & ORDER,, Order, by Michael McTigue, Michael McTigue, Nancy A. McTigue, Brian C. Hurley, Gardner Animal Care Center, LLC Filing fee $ 455, receipt number 1467278 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/23/2007. (Meltzer, Robert) (Entered: 04/02/2007) |