THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. ) <br> as successor in interest to WARREN FREEDENFELD ) <br> & ASSOCIATES, INC., ) <br>           Plaintiff and ) <br>           Defendant-in-Counterclaim, ) <br> v. ) <br> ) <br> MICHAEL P. MCTIGUE, DVM individually and as ) <br> Trustee of THE MCTIGUE FAMILY TRUST, ) <br> NANCY A. MCTIGUE, as Trustee of the ) <br> MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, ) <br> GARDNER ANIMAL CARE CENTER, LLC ) <br> d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. ) <br> CORMIER, ASSOCIATES INC., and BENNETT ) <br> BUILDING CORPORATION, ) <br>           Defendants. ) | CIVIL ACTION <br> NO. 05 11573 RGS |

## NOTICE OF CHANGE OF ADDRESS

We, Michael J. Stone and Robert A. McCall, attorneys for the counterclaim defendant, Warren Freedenfeld Associates, Inc., as successor-in-interest to Warren Freedenfeld & Associates, Inc., hereby give notice of their change of address to the following:

PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

2

        Respectfully submitted,

        Warren Freedenfeld Associates, Inc.,
        as successor in interest to Warren
        Freedenfeld & Associates, Inc.,
        Plaintiff and Defendant-in-Counterclaim

        By its attorneys,


        /s/ Robert A. McCall
        Michael J. Stone, BBO #482060
        Robert A. McCall BBO #552682
        PEABODY & ARNOLD LLP
        Federal Reserve Plaza
        600 Atlantic Avenue
        Boston, MA 02210-2261
        (617) 951-2100

Dated: October 25, 2007

651243