IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES ) <br> INC., as successor to WARREN ) <br> FREEDENFELD & ASSOCIATES, INC. ) <br> ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> MICHAEL P. MCTIGUE, D.V.M., ) <br> Individually and as Trustee of the ) <br> MCTIGUE FAMILY TRUST, NANCY ) <br> A. MCTIGUE, as Trustee of the MCTIGUE ) <br> FAMILY TRUST, BRIAN C. HURLEY, ) <br> D.V.M., GARDNER ANIMAL CARE ) <br> CENTER, LLC d/b/a GARDNER ANIMAL ) <br> HOSPITAL, EDWARD D. CORMIER ) <br> ASSOCIATES, INC. and BENNETT ) <br> BUILDING CORPORATION ) <br> ) <br>     Answering Defendants ) | CIVIL ACTION NO:05-11573-RGS |

AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF ANSWERING
DEFENDANTSS MICHAEL P. MCTIGUE, NANCY A. MCTIGUE, BRIAN C. HURLEY
AND GARDNER ANIMAL CARE CENTER LLC d/b/a GARDNER ANIMAL HOSPITAL

Now come the above-captioned defendants ("the Answering Defendants") and answer the

Plaintiff's Complaint as follows:

1. To the extent that any answer is required to this paragraph, the Answering Defendants

   deny that they have engaged in any unlawful conduct.

2. The Answering Defendants lacks sufficient information to admit or deny this allegation

   and calls upon the Plaintiff to prove the same.

3. Admitted

4. Admitted

5. Admitted

6. Admitted

7. The Answering Defendants lacks sufficient information to admit or deny this allegation and calls upon the Plaintiff to prove the same.

8. The Answering Defendants lacks sufficient information to admit or deny this allegation and calls upon the Plaintiff to prove the same.

9. The Answering Defendants do not question jurisdiction

10. The Answering Defendants accept this venue

11. All necessary documents speak for themselves

12. All necessary documents speak for themselves, and are not, per se, admissions to be cited against the Answering Defendants

13. Admitted that the Plaintiff prepared plans

14. Admitted that the Plaintiff prepared plans

15. Admitted that the Plaintiff prepared plans

16. Admitted that the Plaintiff prepared plans

17. Admitted that the Plaintiff prepared plans

18. Admitted that the Plaintiff prepared plans

19. Documents speak for themselves. The Answering Defendants deny the spin placed upon those documents, or otherwise lacks sufficient information to admit or deny this allegation and calls upon the Plaintiff to prove the same.

20. The Answering Defendants lack sufficient information to admit or deny and call upon the Plaintiff to prove the same. However, the Answering Defendants question the numbers cited, or whether any funds were due and owing based upon the Planitiff's breach of the contract

21. Documents speak for themselves. The Answering Defendants deny the spin placed upon those documents, or otherwise lacks sufficient information to admit or deny this allegation and calls upon the Plaintiff to prove the same.

22. Documents speak for themselves.

23. The Answering Defendants lacks sufficient information to admit or deny this allegation and calls upon the Plaintiff to prove the same. To the extent it was done, the Defendant denies that the Plaintiff had the legal right to do so.

24. Admitted that an agreement was reached. Denied as to the spin on what the Answering Defendants were entitled to use by contract.

25. Denied

26. Admitted

27. Denied

28. Denied

29. Public records speak for themselves

30. The Answering Defendants lacks sufficient information to admit or deny this allegation and calls upon the Plaintiff to prove the same.

31. Admitted that the plans were a matter of public record, but denies that the Answering Defendants "copied" any work belonging to the Plaintiff

32. Denied

33. Answers are restated

34. Denied

35. Admitted that the plans were a matter of public record, but denies that the Answering Defendants "copied" any work belonging to the Plaintiff

36. Denied

37. Denied

38. Denied that any infringement occurred

39. Denied

40. Denied

41. Answers are restated

42. Denied

43. Denied that any infringement occurred

44. Denied

45. Denied

46. Denied

47. Answers are restated

48. Denied

49. Denied that any infringement occurred

50. Denied

51. Denied

52. Denied

53. Denied

54. Answers are restated

55. Denied

56. Denied that any infringement occurred

57. Denied

58. Denied

59. Denied

60. Denied

61. Denied

62. Answers are restated

63. Denied

64. Denied

(COUNTS VI HAS BEEN DISMISSED, SUCH THAT NO ANSWER IS NECESSARY)

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff has failed to state a cause of action upon which relief may be granted

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff's claim is barred by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff's claim is barred by the doctrine of laches

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's claim is barred by the doctrine of estoppel

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's claim is barred by the doctrine of waiver

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's claim is barred as moot

### SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff lacks standing to bring suit

<u>EIGHTH AFFIRMATIVE DEFENSE</u>

The claim is barred by the doctrine of prior settlement

<u>NINTH AFFIRMATIVE DEFENSE</u>

The claim is barred by the doctrine of merger

THE ANSWERING DEFENDANTS DEMANDS A TRIAL BY JURY ON ALL COUNTS, AND PAYMENT OF ALL LEGAL FEES INCURRED FOLLOWING JUDGMENT AS PERMITTED BY LAW TO THE PREVAIILNG PARTY

          Respectfully Submitted,
          **The Answering Defendants,**
          By their attorneys,

          s/Robert N. Meltzer_____
          Robert N. Meltzer, BBO #564745
          The Mountain States Law Group
          P.O. Box 1459
          Framingham, MA 01701
          Phone: (508) 872-7116

          s/Mary C. Casey_____
          Mary C. Casey, BBO #636250
          Harbor Law Group
          385 South Street
          Shrewsbury, MA 01545
          Phone: (508) 842-9244

Dated: July 2, 2008

<u>CERTIFICATE OF SERVICE</u>

  I, Robert N. Meltzer, do hereby certify that on this day I have served the foregoing by providing a copy of the same by electronic filing to:

Barry S. Scheer, Esq.
Parker Scheer, LLP
One Constitution Center
Boston, MA 02129

                  _s/Robert N. Meltzer_____

July 2, 2008