**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 07-1602

WARREN FREEDENFELD ASSOCIATES, INC.,
Plaintiff, Appellant,

v.

MICHAEL P. MCTIGUE, D.V.M., ET AL.,
Defendants, Appellees.

No. 07-1603

WARREN FREEDENFELD ASSOCIATES, INC.,
Defendant in Counterclaim, Appellee,

v.

MICHAEL P. MCTIGUE, D.V.M.,
Counterclaimant, Appellant.

### JUDGMENT
Entered: June 20, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated in part, affirmed in part, and remanded for further proceedings consistent with the opinion issued this day. Costs shall be taxed in favor of Warren Freedenfeld Associates, Inc.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/ George [signature]
Deputy Clerk

Date: 7/14/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. Richard Stearns, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Meltzer, Mr. Rosenberg, Mr. Brodie, Mr. Lee, Mr. McCall Ms. Casey, Ms. Dissette, Mr. Stone & Mr. Scheer.