UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC., Plaintiff, | ) ) ) ) ) ) ) |
| v. | ) ) |
| MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, Defendants. | ) ) ) ) ) ) ) ) |

## JOINT PROPOSED SCHEDULING ORDER

The parties to this action hereby propose that the Court issue the following scheduling order:

1.    All depositions and any other discovery concluded by April 1, 2009.

2.    Motions for summary judgment filed on or before June 1, 2009.

3.    Further events, including any trial date to be determined.

WARREN FREEDENFELD ASSOCIATES, INC.
as successor in interest to Warren Freedenfeld
& Associates, Inc.


/s/ Garrett J. Lee
Barry S. Scheer, Esq.
BBO No. 445100
Garrett J. Lee, Esq.
BBO No. 641876
Parker Scheer, LLP
One Constitution Center
Boston, MA 02129
Phone: (617) 886-0500
Fax: (617) 886-0100


MICHAEL MCTIGUE, DVM; NANCY MCTIGUE AS TRUSTEE OF THE
MCTIGUE FAMILY TRUST; BRIAN C. HURLEY, DVM; GARDNER
ANIMAL CARE CENTER, LLC D/B/A GARDNER ANIMAL HOSPITAL,
By their attorney,

/s/ Robert N. Meltzer (GJL)
Robert N. Meltzer, Esq.
BBO No. 564745
The Mountain States Law Group
P.O. Box 1459
Framingham, MA 01701
Phone: 508-872-7116
Fax: 508-872-8284

/s/ Mary C. Casey (GJL)
Mary C. Casey, Esq.
BBO No. 636250
The Harbor Law Group
385 South St.
Shrewsbury, MA 01545
Phone: 508-842-9244
Fax: 508-842-9311

2

## CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 5th day of August, 2008 a true copy of the following was served on all counsel record:


**JOINT PROPOSED DISCOVERY ORDER**

By first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
The Mountain States Law Group
P.O. Box 1459
Framingham, MA 01701


Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

/s/ Garrett J. Lee
Garrett J. Lee