# United States Court of Appeals
## For the First Circuit

No. 07-1602

WARREN FREEDENFELD ASSOCIATES, INC.,

Plaintiff, Appellant,

v.

MICHAEL P. MCTIGUE, D.V.M., ET AL.,

Defendants, Appellees.

No. 07-1603

WARREN FREEDENFELD ASSOCIATES, INC.,

Defendant in Counterclaim, Appellee,

v

MICHAEL P. MCTIGUE, D.V.M.,

Counterclaimant, Appellant.

TAXATION OF COSTS

Entered: August 21, 2008
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of plaintiff-appellant Warren Freedenfeld Associates, Inc. are taxed as follows:

    Reproduction of brief for plaintiff-appellant ...............$ 115.20

    Reproduction of appendix                    ................$ 213.50

                              **TOTAL**   ................$ **328.70**

      Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on **July 14, 2008**.

                                           By the Court:

                                           <u>/s/ Richard Cushing Donovan, Clerk</u>

cc:
Sarah A. Thornton, Clerk.
Garrett J. Lee
Robert N. Meltzer
Stephen D. Rosenberg
Eric L. Brodie
Robert A. McCal
Barry S. Scheer
Mary C. Casey
Michael J. Dissette
Michael J. Stone