UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11573 RGS

| | |
|---|---|
| WARREN FREEDENFELD ASSOCIATES, INC. as successor in interest to WARREN FREEDENFELD & ASSOCIATES, INC.,<br>Plaintiff,<br><br>v.<br><br>MICHAEL P. MCTIGUE, DVM individually and as Trustee of THE MCTIGUE FAMILY TRUST, NANCY A. MCTIGUE, as Trustee of the MCTIGUE FAMILY TRUST, BRIAN C. HURLEY, DVM, GARDNER ANIMAL CARE CENTER, LLC d/b/a GARDNER ANIMAL HOSPITAL, EDWARD D. CORMIER, ASSOCIATES INC., and BENNETT BUILDING CORPORATION,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **NOTICE OF WITHDRAWAL**

Please enter the withdrawal of appearance of Garrett J. Lee as counsel for the

Plaintiff. Barry S. Scheer and Parker Scheer LLP shall remain as counsel of record.

                    Respectfully submitted,

                    WARREN FREEDENFELD & ASSOCIATES, INC.

                    By its attorneys,

                    /s/ Garrett J. Lee
                    Barry S. Scheer
                    BBO No. 445100
                    Garrett J. Lee
                    BBO No. 641876
                    PARKER | SCHEER, LLP
                    One Constitution Center
                    Boston, MA 02129
                    Tel.: 617-886-0500
                    Fax: 617-886-0100
                    Email: bss@parkerscheer.com
                               gjl@parkerscheer.com

## CERTIFICATE OF SERVICE

I, Garrett J. Lee, attorney for the plaintiff, Warren Freedenfeld Associates, Inc. as successor in interest to Warren Freedenfeld & Associates, Inc., hereby certify that on this 29th, day of August 2008 a true copy of the following was served on all counsel record:

**NOTICE OF WITHDRAWAL**

By first-class mail postage pre-paid, addressed to:

Robert N. Meltzer, Esq.
The Mountain States Law Group
P.O. Box 1459
Framingham, MA 01701


Mary C. Casey, Esq.
Harbor Law Group
385 South Street
Shrewsbury, MA 01545

                    /s/ Garrett J. Lee